## COURT MINUTES
### U.S. MAGISTRATE JUDGE BARRY S. SELTZER

DEFT: Edward Dany (J)#  CASE NO: 00-4006-BSS
AUSA: Roger Stefin *present*  ATTNY: _____
AGENT: _____  VIOL: Conspiracy to PWID cocaine
PROCEEDING: Initial Appearance  BOND REC: PTD
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: _____
BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.
JAN 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House _____
    ____ Electronic Monitoring _____

Advised of Charges
Atty. McKenna who speaks French assisted the Ct. ∆ to just let / knows what's going on
needs Creole Interp. —ordered.

∆ - wants Ct appointed counsel
∆ - brought back tomorrow for I/A when Interp. here

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
I/A  1-19-00  11:00am  BSS
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. or XXXX REMOVAL: 1-28-00  11:00am  BSS
STATUS CONFERENCE: _____
DATE: 1-18-00  TIME: 11:00am  TAPE # 00-002  PG # 10
1536 —