U.S. MAGISTRATE JUDGE BARRY S. SELTZER - .ORT LAUDERDALE

DEFT: Edward Dany (J)#

AUSA: Roger Stefin *present*

AGENT:

PROCEEDING: Initial Appearance

BOND HEARING HELD - yes (no)-

BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

CASE NO: 00-4006-Snow

ATTNY:

VIOL:

BOND REC: PTD

COUNSEL APPOINTED:

FILED by ___ D.C.

JAN 1 9

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Ft. LAUD.

— Abe Bailey

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/travel documents.

4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew:

11) Travel extended to:

12) ___ Halfway House
___ Electronic Monitoring

△ - Advised of charges.
△ - sworn for Counsel

(Circle One)
Interpreter Request
No Interpreter
Not Known
Creole — by phone
(Specify Language)

Gov't in process of getting
INS detainer

NEXT COURT APPEARANCE:        DATE:          TIME:          JUDGE:

INQUIRY RE COUNSEL:

PTD/XXNO HEARING:        1-24-00        10:00        BSS

PRELIM/ARRAIGN. OR XXXXXX:     1-28-00        11:00am       BSS

STATUS CONFERENCE:

DATE: 1-19-00          TIME: 11:00am      TAPE #  00-003    PG #

ends 11:45am       800ish? → 1175