COURT INTERPRETER REQUEST

CASE NO.: 00-4006-BSS

Plaintiff(s) _____

Defendant(s) _Edward Dany_____

[FILED by __ D.C. / JAN 19 2000 / CLARENCE MADDOX / CLERK U.S. DIST. CT. / S.D. OF FLA. FT. LAUD.]

Defendant Name and No.: _____

Language: _Creole_____

_1/19/00_
Date

_B. Dutt_____
Deputy Clerk