COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Edward Dany (J)#  CASE NO: 00-4006-LSS
AUSA: Roger Stefin (present)  ATTNY: Abe Bailey (CJA) present
AGENT: ___  VIOL: ___
PROCEEDING: PTD HEARING  BOND REC: ___
BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___
BOND SET @ $500,000 Corp surety w/ Nebbia

CO-SIGNATURES: ___

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___ Electronic Monitoring

No Bond hrg
△ - has no legal status INS

(Circle One)
Interpreter Requested
No Interpreter
Not Known
(Specify Language)

Both sides stipulate to a corp. surety bond, both sides reserving right to proceed w/ PTD hrg at a later date.

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR XXXXXX:  1-28-00  11:00am  BSS ✓
STATUS CONFERENCE:
DATE: 1-24-00  TIME: 10:30am ends 1: pm  TAPE # 00-006  315-446  PG # 1

26