COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Edward Dany (J)# CASE NO: ~~00-4000-TSS~~ 00-6022-CR-Hurley
AUSA: Roger Stefin *present* ATTNY: (CJA) Abe Bailey
AGENT: _____ VIOL: _____
PROCEEDING: ~~Prelim~~/Arraignment BOND REC: Arthur Marchetta perm

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____
___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS:

REC'D by ___ D.C. INTAKE   JAN 31 2000   CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - WPB

FILED by ___ D.C.   JAN 28 2000   CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
    ___ Electronic Monitoring _____

(Circle One) Interpreter Required No Interpreter Not Known

Reading of indictment waived
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 2-28-00   9:30 AM   AEV/WPB   *cancelled*

DATE: 1-28-00   TIME: 11:00am   TAPE # 00-010   PG # 10-375