1-28-00

Carlos Juenke, Clerk
United States District Court
Southern District of Florida

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022 CR HURLEY

UNITED STATES OF AMERICA,

v.

EDWARD DANNY

REC'D by _____ D.C.
INTAKE : _____

JAN 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

COMES NOW ARTHUR E. MARCHETTA, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 1/28/00

Attorney ARTHUR E. MARCHETTA, JR.
Address 915 Middle River Drive 401
City Ft. Lud State FL Zip 33304
Telephone (954) 566-9889
Florida Bar No. 607479

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

Edouard Joe Dany