

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-Hurley

UNITED STATES OF AMERICA

vs

Edward Dany

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on 1-28-00, where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and co~~urt~~~~appoi~~nted/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date

DEFENDANT:           Address: IN Custody

                     Telephone:

DEFENSE COUNSEL:     Name: Arthur Marchetta

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ Cont'd in custody

Bond hearing held: yes____ no____  Bond hearing set for_____

Dated this 28 day of January, 20 00.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By: _____
    Deputy Clerk

Tape No. 00-011

cc: Clerk for Judge
    U. S. Attorney