UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,

    Plaintiff,

vs.

EDWARD DANY,

    Defendant.
_____/

CASE NO. 00-6022-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

NIGHT BOX FILED

FEB 25 2000

CLERK, USDC / SDFL / WPB

## DEFENDANT'S MOTION FOR DISCLOSURE OF EXISTENCE OF CONFIDENTIAL INFORMERS

COMES NOW the Defendant, EDWARD DANY, by and through the undersigned Attorney, and moves this Court to enter an Order requiring the Government to disclose the existence of any informers relied on by the Government for any purpose in the above-captioned action. Defendant requests that the Government be required to advise the Defendant whether any informers were used by the Government and whether the Government plans to call any such informer(s) as a witness at trial.

Defendant further requests that the Government be ordered to reveal whether such informer presently is a co-defendant in this action and whether any such informer participated in the criminal activity charged in the indictment.

This Motion seeks only the existence and not the identity of any such informer and is made without prejudice to the Defendant's right to attempt to ascertain the identity of any such informer by subsequent Motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail/hand delivery this 28th day of February, 2000

F:\WORK\CLIENTS.CR\DANNY\M4DISCLO.INF



to: Robert Stefin, Office of the U.S. Attorney, 701 Clematis Street, West Palm Beach, FL 33401, Philip Horowitz, attorney for Charles Llewlyn, 12651 S. Dixie Hwy., Suite 328, Miami, Florida, 33156, David Rowe, attorney for Christopher Gilbourne, 18800 NW 2nd Avenue, Suite 105-A, Miami, Florida, 33169, Abe Bailey, attorney for Douglas McCloud, 18350 NW 2nd Aveneue, Fifth Floor, Miami, Florida, 33169, and Paul McKenna, attorney for Dorrel Bryan, 2666 Tigertail Avenue, Suite 104, Coconut Grove, Florida, 33133.

**MAIER AND MARCHETTA**
Attorneys for Defendant
915 Middle River Drive
Suite 401
Fort Lauderdale, FL 33304
(954) 566-9889

By: _____
ARTHUR E. MARCHETTA, JR.
Florida Bar #607479

F:\WORK\CLIENTS.CR\DANNY\M4DISCLO.INF