UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,

    Plaintiff,

vs.

EDWARD DANY,

    Defendant.
_____/

CASE NO. 00-6022-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

NIGHT BOX FILED

FEB 25 2000

CLERK, USDC / SDFL / WPB

### DEFENDANT'S MOTION FOR GIGLIO MATERIALS

COMES NOW the Defendant, EDWARD DANY, by and through the undersigned Attorney and moves this Court to enter an Order requiring the Government to Disclose the existence all *Giglio* Materials in the above styled cause and states:

1. The Defendant is charged on an Indictment with four co-defendants.

2. The Government alleges that it has tape-recordings, in it's possession, of conversations between a confidential source and someone in Jamaica. The Government has not disclosed whether the confidential source is a paid informer and the circumstances in which he was engaged.

3. The defense has probable cause to believe that the Government has entered into preferential treatment arrangements with persons who will be called upon to testify for the Government in this case and may have made substantial payments to those persons or offered then immunity as an inducement for them to testify against the Defendant, EDWARD DANY.

F:\WORK\CLIENTS.CR\DANNY\M4GIGLIO.MAT

