# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 2/28/00   TIME: 10:00 AM

DEFT. 5) EDWARD DANY
(Defendant not needed)

CASE NO. 00-6022-CR-HURLEY

AUSA. ROGER STEFIN

ATTY. ABE BAILEY

AGENT.

VIOL. CONSP/PWID COCAINE
21:846

PROCEEDING STATUS RE: DISCOVERY

BOND.

DISPOSITION _Transcript of tapes will be provided. Estimated trial time 5 days._

DATE: 2/28/00

TAPE: LRJ-00- 15-142