TO: THE HONORABLE DANIEL T. K. HURLEY
    UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __EDWARD DANY__

                           CASE NO. __00-6022-_____CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __February 28, 2000__.

The parties report as follows

\_\_\_\_\_ There are no pending motions for pre-trial determination

_XX_ The following motions are pending before the assigned Magistrate Judge:

    __There is a pending motion to reduce bond filed__

    __by this defendant.  A co-defendant has recently__

    __Filed two discovery motions__

\_\_\_\_\_ The following motions are pending and appropriate for resolution by the District Court at time of trial:

    _____

    _____

    _____

\_\_\_\_\_ There are no discovery problems.

\_\_\_\_\_ The case is likely to settle by plea. (**It's too early to ascertain whether the case will plea**)

\_\_\_\_\_ The case is ready for trial and not likely to settle by plea.

_XX_ The parties estimate trial will take __5__ days to complete.

_XX_ Other comments: **The Government has not produced the tape transcripts but is in the process of doing so.**

                           Respectfully submitted,

                           _/s/ Linnea R. Johnson_
                           LINNEA R. JOHNSON
                           UNITED STATES MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant