# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA
          Plaintiff,                                          **NOTICE**

     VS.
                                        CASE NUMBER: 00-6022-CR-HURLEY/VITUNAC
EDWARD DANY   (J)#60203-004
(Creole Interp. Ord'd)
     (Deft. required)
          Defendant.

TYPE OF CASE:

                    ( ) **CIVIL**          (XX) **CRIMINAL**

(XX) **TAKE NOTICE** that a proceeding in this case has been set for the place,
          date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE | _____ COURTROOM #3    (4TH FLOOR) |
| 701 CLEMATIS STREET | DATE AND TIME: |
| WEST PALM BEACH, FL. 33401 | MONDAY, 3-13-00 @ 9:30 AM |

TYPE OF PROCEEDING:

     MOTION TO REDUCE BOND AND REQUEST FOR AN EVIDENTIARY HEARING

(  )**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

                              ANN E. VITUNAC
                    U.S. MAGISTRATE JUDGE

 __MARCH 7, 2000__
DATE                       (BY) DEPUTY CLERK

TO:  ARTHUR MARCHETTA, ESQUIRE
     UNITED STATES ATTORNEY (ROGER STEFIN)
     UNITED STATES MARSHAL
     UNITED STATES PRETRIAL SERVICE