RHS:sr



UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6022-CR-HURLEY
Magistrate Judge Vitunac

UNITED STATES OF AMERICA, :

        PLAINTIFF, :

v. :

CHARLES LLEWLYN, et al. :

        DEFENDANTS. :

---

### GOVERNMENT'S RESPONSE TO DEFENDANTS EDWARD DANY AND CHRISTOPHER GILBOURNE'S MOTION FOR GIGLIO MATERIAL AND FOR DISCLOSURE OF EXISTENCE OF CONFIDENTIAL INFORMANT

The United States of America responds to the motions of defendants Edward Dany and Christopher Gilbourne for Giglio Material and for Disclosure of Existence of Confidential Informant and states:

1. A confidential informant was utilized by government agents in this matter. The informant, who was contracted by DEA to become involved in drug investigations, is not a co-defendant, and faces no criminal charges. He was previously convicted of a drug related offense. He was paid approximately $10,000, plus expenses, as a result of his involvement in this matter.

2. Any written agreements, if any, between the DEA and the CI will be furnished to counsel prior to trial.

1



3. Since the informant is continuing to work with DEA in an undercover capacity, the United States respectfully requests that disclosure of his identity, along with his criminal history, be deferred until the time of trial.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By. _____
ROGER H. STEFIN
ASSISTANT U.S. ATTORNEY
FLA BAR NO. 0287334
500 E. Broward Blvd.
Ft. Lauderdale, Fl 33394
(954) 356-7255
(954) 356-7336(Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 6th day of March, 2000, to Philip Horowitz, Esq., 12651 S. Dixie Hwy, Suite 328, Miami, Fl. 33156; David Rowe, Esq., 18800 NW 2nd Ave., Suite 105-A, Miami, Fl 33169; Russell Rosenthal, Esq., 1925 Brickell Ave., Ste. D-207, Miami, Fl. 33129; Arthur Marchetta, Esq., 915 Middle River Dr., Suite 401, Ft. Lauderdale, 33401; Charles White, Esq., 2250 S.W. 3rd Ave., Suite 150, Miami, Fl. 33129 and Paul McKenna, 2666 Tigertail Ave., Suite 104, Coconut Grove, Fl 33133.

_____
ROGER H. STEFIN
ASSISTANT U.S. ATTORNEY