# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

**NOTICE**

VS.

CASE NUMBER: 00-6022-CR-HURLEY/VITUNAC

EDWARD DANY (J)#60203-004
(Creole Interp. Ord'd)
  (Deft. required)
      Defendant.

TYPE OF CASE:

( ) **CIVIL**      (XX) **CRIMINAL**

( ) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:                                      ROOM NO.:
                                              COURTROOM #3     (4TH FLOOR)
DATE AND TIME:

TYPE OF PROCEEDING:

MOTION TO REDUCE BOND AND REQUEST FOR AN EVIDENTIARY HEARING

(XX) TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY | CONTINUED TO, DATE |
| U.S. COURTHOUSE | SCHEDULED: | AND TIME: |
| 701 Clematis Street | | |
| WPB, FL. 33401 | 3-13-00 @ 9:30 AM | 3-29-00 @ 9:30 AM |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

MARCH 17, 2000
DATE

(BY) DEPUTY CLERK

TO:   ARTHUR MARCHETTA, ESQUIRE
      UNITED STATES ATTORNEY (ROGER STEFIN)
      UNITED STATES MARSHAL
      UNITED STATES PRETRIAL SERVICE