# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/29/2000   TIME: 9:30 AM

DEFT. EDWARD DANY (J) #60203-004   CASE NO. 00-6022-CR-HURLEY/VITUNAC
(Creole Interp. Ord'd 3/17/00)
AUSA. _STEPHEN CARLTON_ / ROGER STEFIN   ATTY. ARTHUR MARCHETTA (RETAINED)

AGENT. DEA   VIOL. 21:841 (a)(1), 846

PROCEEDING MOTION TO REDUCE BOND   BOND. $200,000 CSB W/NEBBIA (STIP.)

DISPOSITION Motion hearing held.
Deft present with counsel.
Defense proffers evidence.
Court sets bond @ $50,000 CSB w/Nebbia
Conditions to be set @ Nebbia hearing

DATE: 3-29-00   TAPE: FTV 00-21-890/1744

51