# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
    Plaintiff,

**NOTICE**

VS.

CASE NUMBER: 00-6022-CR-HURLEY/VITUNAC

EDWARD DANY (J)#60203-004
(Creole Interp. Ord'd)
    (Deft. required)
        Defendant.

TYPE OF CASE:

( ) **CIVIL**         (XX) **CRIMINAL**

(XX) **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES COURTHOUSE | COURTROOM #3 (4TH FLOOR) |
| 701 CLEMATIS STREET | DATE AND TIME: |
| WEST PALM BEACH, FL. 33401 | TUESDAY, APRIL 11, 2000 @ 10:00 AM |

TYPE OF PROCEEDING:

NEBBIA HEARING

( ) **TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | CONTINUED TO, DATE AND TIME: |
|---|---|---|
| | | |

ANN E. VITUNAC
U.S. MAGISTRATE JUDGE

APRIL 7, 2000
DATE

(BY) DEPUTY CLERK

TO: ARTHUR MARCHETTA, ESQUIRE
    UNITED STATES ATTORNEY (ROGER STEFIN)
    UNITED STATES MARSHAL
    UNITED STATES PRETRIAL SERVICE