# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 04/11/2000   TIME: 10:00 AM

DEFT.  EDWARD DANY (J) #60203-004         CASE NO. 00-6022-CR-HURLEY/VITUNAC
       (Creole Interp. Ord'd-4/6/00)
AUSA.  ROGER STEFIN / Lothrop Morris      ATTY.  ARTHUR MARCHETTA (RETAINED)

AGENT.  DEA                               VIOL.  21:841(a)(1), 846

PROCEEDING  NEBBIA HEARING                BOND.  $50,000 CSB W/NEBBIA

DISPOSITION  Nebbia held.

Deft present with counsel - sworn/test.
Defense proffers evidence
Witness: Marie Paul - Agent with A1 Bail Bonds Agency/
Continental Heritage Ins - sworn/test.
Court satisfied nebbia has been met & set
bond @ $50,000 CSB. (Defense) Exhibits 1-5 admitted into evidence
Conditions: reside at current address, do not move
without Court's permission, No Drugs/Narcotics, Random
Urinalysis with PTS, No contact with witnesses, Report to PTS
1x week by phone & in person as directed, to be employed
40 hours per week - verified by PTS, do not violate any other
laws, Not to be in an Airplane n on Highseas, surrender Haitian
Passport to PTS, travel restricted to SDFL, no weapons/firearms

DATE: 4-11-00                             TAPE: AEV 00-25-1009