# United States District Court

## Southern DISTRICT OF Florida

USA v. Edward Dany

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6022-CR-DIKHAEV

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ann E. Vitunac | Lothrop Morris | Arthur Marchetta |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
|  | Tate # 00-25-1009 | Sandra Acevedo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 4-11-00 | ✓ | ✓ | Copy of Mtg. Deed for Dieudonne Dany |
| 2 |  | " | ✓ | ✓ | Purchase/Sales Contract for Dieudonne Dany |
| 3 |  | " | ✓ | ✓ | 1040 Tax Return for Silane Dorvilus (1999) |
| 4 |  | " | ✓ | ✓ | 1040 " " " Anson Valcin (1999) |
| 5 |  | " | ✓ | ✓ | Copy of U.S. Treasury Income Tax Refund for Marietta Micitel |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

# ADDITIONAL

# ATTACHMENTS

# NOT

# SCANNED

PLEASE REFER TO COURT FILE