UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,                              CASE NO. 00-6022-CR-HURLEY

    Plaintiff,                          MAGISTRATE JUDGE VITUNAC

vs.

EDWARD DANY,

    Defendant.
_____/

### UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW, the Defendant, EDWARD DANY, by and through his undersigned counsel and respectfully moves this Honorable Court for a continuance of the trial presently scheduled for May 1, 2000, and as grounds in support thereof would state as follows:

1.  Undersigned counsel at the discovery conference on April 12, 2000, received several tape-recorded conversations and transcripts which he is in the process of reviewing. Additionally, undersigned counsel is in the process of retaining an expert in order to clarify and enhance an important tape pertaining to the Defendant DANY which allegedly occurred in a minivan. Apparently, there are comments being attributed to the Defendant, which apparently are not depicted on the tape, and an expert is going to be retained in order to clarify this ambiguity.

2.  Additionally, undersigned counsel has not yet received all of the discovery pertaining to the informant in this case, including any agreements with the government; a criminal history "rap sheet" of the informant; and a complete breakdown of the monies paid to the informant by the government (other than a total figure not specifying or itemizing the payments).

F:\WORK\CLIENTS.CR\DANY\M4CONT.WPD



3. Assistant United States Attorney Roger Stefin does not object to Defendant's request for a continuance.

WHEREFORE, based upon the foregoing, the Defendant respectfully prays this Honorable Court continue the trial in the above-captioned case.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this ___ day of April, 2000 to: Robert Stefin, Office of the U.S. Attorney, 500 E. Broward Blvd., Suite 7001, Fort Lauderdale, Florida, Philip Horowitz, attorney for Charles Llewlyn, 12651 S. Dixie Hwy., Suite 328, Miami, Florida, 33156, David Rowe, attorney for Christopher Gilbourne, 18800 NW 2nd Avenue, Suite 105-A, Miami, Florida, 33169, Abe A. Bailey, attorney for Douglas McCloud, 18350 NW 2nd Avenue, Fifth Floor, Miami, Florida, 33169, and Paul McKenna, attorney for Dorrel Bryan, 2666 Tigertail Avenue, Suite 104, Coconut Grove, Florida, 33133.

        **MAIER AND MARCHETTA**
        Attorneys for Defendant
        915 Middle River Drive
        Suite 401
        Fort Lauderdale, FL 33304
        (954) 566-9889

By: _____
     ARTHUR E. MARCHETTA, JR.
     Florida Bar #607479