UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,

    Plaintiff,

vs.

EDWARD DANY,

    Defendant.
_____/

CASE NO. 00-6022-CR-HURLEY

MAGISTRATE JUDGE VITUNAC

FILED by _____ D.C.
APR 27 2000
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**O R D E R** _DENYING MOTION TO CONTINUE_

This Court having been presented with the Defendant's Unopposed Motion for Continuance, hereby ___denies___ the motion.

DONE AND ORDERED in Palm Beach County, Florida, this _26th_ day of _April_, 2000.

_____
Daniel T.K. Hurley
U.S. District Judge

cc:  Arthur E. Marchetta, Jr., Attorney for Defendant
     U.S. Attorney's Office
     Philip Horowtiz
     David Rowe
     Abe A. Bailey
     Paul McKenna

F:\WORK\CLIENTS.CR\DANY\ORCONT.WPD