

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES

00-6022-CR-middlebrooks

HONORABLE  DONALD M. MIDDLEBROOKS , Presiding

Date 5/11/00

Cont'd from ___/___/___

| Defendants | Attorneys |
|---|---|
| 1. Christopher Gilbourne | David Rowe, Esq. |
| 2. Edward Dany | Arthur Marchetta, Jr., Esq. |
| 3. Dorrel Bryan | Paul McKenna, Esq. |
| 4. | |

AUSA Roger Stefin, Esq.

Deputy Clerk Joyce Walden     Reporter Roger Watford

TRIAL:  JURY xx

VOIR DIRE BEGINS ✓   JURY SELECTION CONTD.___   JURY IMPANELED ✓

JURY TRIAL BEGINS___   JURY TRIAL HELD ✓   CONTINUED TO 5/15/00 @ 9:30 AM

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

SENTENCING SET FOR ___/___/___ AT _____

JURORS

1._____   5._____   9._____

2._____   6._____   10._____

3._____   7._____   11._____

Criminal Questionnaire

# PROSPECTIVE JURORS

NOTE: You will be asked to provide the information presented in the following outline during the selection process. Please review carefully.

1. Name

2. Occupation - Length of time in occupation - any prior occupations

3. General area of residence (~~████████████~~)

4. Length of time in community. (If less than 5 years where did you live before?)

5. Marital status (Married, Single, Divorced)

6. Spouse's occupation

7. Children - age and occupations or school status

8. Hobbies/Spare time

9. Prior or present military service

10. Are any of your family members or friends employed in the Criminal Justice System? (i.e., law enforcement officers, probation officers, lawyers, judges, etc.)

11. Have you ever been a victim of a crime?

12. Have you ever been a witness in a criminal matter?

13. Have you, any family member, or close friend ever been accused of a crime?

14. Would any of your religious or moral beliefs preclude you from sitting in judgment of another person or deliberating with others?

15. Have you previously served on a Jury? If yes, was it criminal or civil? Were you able to reach a verdict? Did you serve as foreperson?

16. Have you any physical, emotional or language difficulties that might hamper your performance as a juror?