FILED by H B.C.
MAY 15 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES

00-6022-CR-MIDDLEBROOKS

HONORABLE DONALD M. MIDDLEBROOKS, Presiding

Date 5/15/00

Cont'd from 5/11/00

| Defendants | Attorneys |
|---|---|
| 1. Christopher Gilbourne | David Rowe, Esq. |
| 2. Edward Dany | Arthur Marchetta, Jr., Esq. |
| 3. Dorrel Bryan | Paul McKenna, Esq. |
| 4. | |

AUSA Roger Stefin, Esq.

Deputy Clerk Joyce Walden        Reporter Roger Watford

TRIAL:   JURY xx

VOIR DIRE BEGINS __   JURY SELECTION CONTD. __   JURY IMPANELED __

JURY TRIAL BEGINS ___   JURY TRIAL HELD ✓   CONTINUED TO 5/16/00 @ 9:30 AM

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

SENTENCING SET FOR ___/___/___ AT _____

JURORS

1. _____     5. _____     9. _____

2. _____     6. _____     10. _____

3. _____     7. _____     11. _____

Rec'd in MIA Dkt 5/18

