## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

**vs.**                                                          **CASE NO.  00-6022-CR-HURLEY**

**CHARLES LLEWLYN,**
**DOUGLAS McCLOUD,**
**CHRISTOPHER GILBOURNE,**
**EDWARD DANY,**
**DORREL BRYAN,**
    **Defendants.**

FILED by _____ D.C.

MAY 1 5 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B.

------------------------------------------/

### ORDER OF TRANSFER

    **THIS CAUSE** is before the court sua sponte.  It is

    **ORDERED** and **ADJUDGED** that the above-captioned case be transferred to the calendar

of the Honorable Donald M. Middlebrooks for all proceedings. Further, It is

    **ORDERED** and **ADJUDGED** that all pleadings hereinafter filed pertaining to the above-

named defendants shall bear the following case number: 00-6022-CR-MIDDLEBROOKS, indicating

the judge to whom the pleadings should be routed or otherwise brought for attention.

    **DATED** and **SIGNED** in Chambers at West Palm Beach, Florida, this ___9th___ day of

May, 2000.

                             Daniel T. K. Hurley
                        United States District Judge



**ORDER OF TRANSFER**
**Case No. 00-6022-Cr-Hurley**

**THE FOREGOING** transfer is herewith accepted, this 15th day of May, 2000.

**copy furnished:**
AUSA Roger H. Stefin
Philip R. Horowitz, Esq.
Russell Rosenblum, Esq.
David P. Rowe, Esq.
Arthur E. Marchetta, Jr, Esq.
Paul McKenna, Esq.
Clerk of Court (ATTN: Lucy Lara)

Donald M. Middlebrooks
United States District Judge