

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES

00-6022-CR-
MIDDLEBROOKS

HONORABLE DONALD M. MIDDLEBROOKS_____, Presiding

Date 5/16/00

Cont'd from 5/15/00

| Defendants | Attorneys |
|---|---|
| 1. Christopher Gilbourne | David Rowe, Esq. |
| 2. Edward Dany | Arthur Marchetta, Jr., Esq. |
| 3. Dorrel Bryan | Paul McKenna, Esq. |
| 4. | |

AUSA Roger Stefin, Esq.

Deputy Clerk Joyce Walden          Reporter Roger Watford

TRIAL:    JURY xx

VOIR DIRE BEGINS __    JURY SELECTION CONTD.___ JURY IMPANELED __

JURY TRIAL BEGINS____    JURY TRIAL HELD ✓ CONTINUED TO 5/17/00 @ 930 AM

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

SENTENCING SET FOR ___/___/___   AT _____

JURORS

1._____    5._____    9._____

2._____    6._____    10._____

3. MAY 1 8 2000       7._____    11._____

Rec'd in MIA Dkt _____

104
WC