```
FILED by _____ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRIMINAL TRIAL MINUTES          00-6022-CR-
                                 MIDDLEBROOKS

HONORABLE  DONALD M. MIDDLEBROOKS  , Presiding

                                          Date  05/17/00
                                    Cont'd from  05/16/00

| Defendants | Attorneys |
|---|---|
| 1. Christopher Gilbourne | David Rowe, Esq. |
| 2. Edward Dany | Arthur Marchetta, Jr., Esq. |
| 3. Dorrel Bryan | Paul McKenna, Esq. |
| 4. _____ | _____ |

AUSA  Roger Stefin, Esq.

Deputy Clerk  Joyce Walden          Reporter  Roger Watford

              TRIAL:   JURY  xx

VOIR DIRE BEGINS ___  JURY SELECTION CONTD. ___  JURY IMPANELED ___

JURY TRIAL BEGINS ___  JURY TRIAL HELD ✓  CONTINUED TO __/__/__

Closing arguments made / deliberations commenced

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ✓

See verdict forms

SENTENCING SET FOR __/__/__ AT _____

                      JURORS

1. _____    5. _____    9. _____
2. _____    6. _____    10. _____
3. MAY 19 2000    7. _____    11. _____

Rec'd in MIA Dkt _____

105/wc