00-6022-CR-Middlebrooks
USA v. Gilbourne, et al.

Jury Notes
(1)

We have a verdict
5/17  3:30pm

Lawrence [signature]

FILED by ___ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

MAY 19 2000
Rec'd
Rec'd in MIA Dkt ___