UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-~~HURLEY~~ *Middlebrooks*

UNITED STATES OF AMERICA,

vs.

EDWARD DANY,

        Defendant.
_____/

FILED by ___ D.C.

MAY 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. MIAMI

**VERDICT FORM**

We the Jury, find the Defendant, EDWARD DANY, as to Count I of the Indictment;

_____ NOT GUILTY        ___/___ GUILTY;

as to Count II of the Indictment:

___/___ NOT GUILTY        _____ GUILTY.

SO SAY WE ALL.

___5|17|00  3:25 PM___
Date/Time

_Laurence Brg_
FOREPERSON (SIGN)

_Lavrence Bnoty_
FOREPERSON (PRINT)

MAY 1 9 2000

Rec'd in MIA Dkt _____

