UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

EDWARD DANY,
        Defendant.
_____/



FILED by ___ D.C.
MAY 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

### NOTICE OF SENTENCING

TO: Defendant, Defense Counsel, and U.S. Attorney's Office

    By direction of the Honorable Donald M. Middlebrooks, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **September 6, 2000 at 4:30 p.m.** for the imposition of sentence. On that date, report to the U.S. Courthouse (Tower Building), Courtroom Six, 6th Floor, 301 North Miami Avenue, Miami, Florida, where sentence will be imposed. You will not receive further notice.

    If the above-named defendant has executed a bond with this court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18:USC:3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

    IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) SHALL REPORT ON TODAY'S DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS (Room 310 of the Dyer Building (the Old Courthouse), 300 NE First Avenue).

    IT IS FURTHER ORDERED that the U.S. Attorney's Office is directed to immediately provide the U. S. Probation Office with all of the necessary information needed to prepare the Prosecution Section of the Presentence Investigation Report.

To Counts ___1___

Date: May 17, 2000

CLARENCE MADDOX
Court Administrator • Clerk of Court

BY: _____
COURTROOM DEPUTY CLERK

Counsel: Paul McKenna, Esq.
Guilty Plea ( )   Bond ( )
Trial       (✓)   Federal Custody (✓)
Nolo plea   ( )   State Custody ( )   AUSA: Roger Stefin

