UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

EDWARD DANY,

    Defendant.
_____/

## NOTICE OF RECEIPT OF CORRESPONDENCE

PLEASE TAKE NOTICE that the Court received the attached correspondence from the above-named defendant concerning his trial. However, the Court does not accept *ex parte* communications. Pursuant to the Court's directions, a copy of defendant's letter, dated July 12, 2000, is being forwarded to counsel. Counsel is requested to discuss this matter with the defendant and take whatever action counsel deems appropriate.

DATED: July 25, 2000

                                              CLARENCE MADDOX
                                              COURT ADMINISTRATOR • CLERK OF COURT

                      by:   _____
                                     Joyce L. Walden
                                     Courtroom Deputy Clerk

cc:   Roger Stefin, AUSA
       Arthur Marchetta, Esq.

— Attachments

# Memo

**To:** Court Interpreters' Section / Clerk's Office
**From:** Judge Donald M. Middlebrooks
**Date:** July 18, 2000
**Subject:** Translation of Correspondence

Please translate the attached letter received by this Court.   Thank you.

7-12-00

                    Palm Beach County Jail
                    P.O. Box 24716
                    West Palm Beach, FL 33416

To Judge Middlebrook:

My name is Edward Dany. I am in jail at the Palm Beach Detention Center.
My case number is 006022.

Sir, I would like for you to consider this for me.

From all that occurred in the courtroom in the trial that began on 5-9-00 to 5-15-00, the 12 jurors found me guilty.

I am asking you for a favor, that is, for a second chance because my lawyer did not represent me.

These lawyers did not show any proof.

Judge I would be very happy indeed if you would address this in court.

The Lord will bless you.

Signed
Edward Dany

12 - 7 - 00

Palm Beach county jail
Po Box 24716
West palm Beach FL 33416

A judge Medouebrich

Mouin rélé Edward Dany, mouin nan prizon palm Beach detention centre. (Mw) Numéro kès mouin se 06022. Mésié mouin vlé ou gade sa bien pou mouin. de tout sak té pase nan kòt la nan prizé kité kòmense 9-5-00, a 15-5-00. mouin té rivé antre de van 12 jouré yo. Mouin ap mande ou favè pou yon 2èm pasé richouail. paské Avoka mouin pa represante-m. (Avoka pa gen) ki pa montre mouin chin pouvi. juge. mouin ta kontan anpil anpil. si ou ta diskité sa nan kòt la. Bondie va bémou

Signye
Edward          Edward Dany