NIGHT BOX
FILED

AUG 16 2000

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,

      Plaintiff,

vs.

EDWARD DANY,

      Defendant.
_____/

CASE NO. 00-6022-CR-MIDDLEBROOKS

MAGISTRATE JUDGE VITUNAC

### MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANT AND REQUEST FOR ADDITIONAL TIME TO FILE OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION

COMES NOW, Arthur E. Marchetta, Jr., Esquire, and respectfully request that this Court enter an order allowing the undersigned counsel to withdraw as counsel of record and authorizing additional time to file objections to the pre-sentence investigation. As grounds therefore would state as follows:

1. The Defendant was charged, via Indictment, with one count of Conspiracy to Distribute Cocaine and one count of Attempted Possession of Cocaine With Intent to Distribute.

2. The undersigned appeared as counsel for the Defendant, EDWARD DANY.

3. After a jury trial, the Defendant was convicted of Conspiracy to Distribute cocaine. However, he was acquitted of the Attempted Possession of Cocaine With Intent to Distribute charge.

4. Sentencing is scheduled for September 6, 2000.

5. Irreconcilable differences have arisen between the Defendant, EDWARD DANY and undersigned counsel which preclude continued

F:\WORK\CLIENTS.CR\DANY\M2WTHDRW.WPD

AUG 18 2000

Rec'd in MIA Dkt _____

representation. Specifically, the Defendant has made claims of ineffective assistance of counsel and has filed documents with the Court acknowledging same.

6. The undersigned received the Pre-Sentence Investigation Report on or about August 3, 2000. Any objections are due by August 16, 2000.

7. Under the circumstances stated-above, it would be inappropriate for the undersigned to respond prior to a ruling on the undersigned's motion to withdraw.

8. The undersigned has tried to reach Assistant United States Attorney, Roger Stefin, and was unable to get an answer regarding his position to this motion.

WHEREFORE, the undersigned attorney moves this Court for an order granting him leave to withdraw as counsel for the Defendant, EDWARD DANY and additional time to file objections to the Pre-Sentence Investigation.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail this 17th day of August, 2000 to: Roger Stefin, Office of the U.S. Attorney, 500 E. Broward Blvd., Suite 7001, Fort Lauderdale, Florida; Philip Horowitz, attorney for Charles Llewlyn, 12651 S. Dixie Hwy., Suite 328, Miami, Florida, 33156; David Rowe, attorney for Christopher Gilbourne, 18800 NW 2nd Avenue, Suite 105-A, Miami, Florida, 33169; Russell Rosenthal, attorney for Douglas McCloud, 1925 Brickell Avenue, Suite D207, Miami, Florida 33129; Dedra M. Pratt of the U.S. Probation Office, Federal Courthouse Building, 299

F:\WORK\CLIENTS.CR\DANY\M3WTHDRW.WPD

East Broward Blvd., Room 409, Fort Lauderdale, Florida 33301-1865; and Paul McKenna, attorney for Dorrel Bryan, 2666 Tigertail Avenue, Suite 104, Coconut Grove, Florida, 33133.

                                          **MAIER AND MARCHETTA**
                                          Attorneys for Defendant
                                          Galleria Professional Building
                                          915 Middle River Drive
                                          Suite 401
                                          Fort Lauderdale, Florida 33304
                                          (954) 566-9889

By: _____
        ARTHUR E. MARCHETTA, JR.
        Florida Bar #607479