UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6022-CR-MIDDLEBROOKS

FILED by _____ D.C.
DKTG
AUG 23 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD DANY,

    Defendant(s).
_____/

## ORDER OF REFERENCE

Upon consideration, the undersigned United States District Judge hereby refers the Defendant's Motion to Withdraw as Counsel and Request for Additional Time to File Objections to the Pre-sentence Investigation, filed August 16, 2000, to the Honorable Linnea R. Johnson, Chief United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida

DONE AND ORDERED at Miami, Florida, this 21st day of August, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Honorable Linnea R. Johnson
        Arthur Marchetta, Jr., Esq.
        Roger Stefin, AUSA
        U.S. Probation Office

