UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD DANY,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court pursuant to an Order of Reference by the Honorable Donald M. Middlebrooks on Defendant's Motion to Withdraw as Counsel. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that this matter is hereby set for hearing on said motion for Thursday, August 31, 2000 at 9:30 A.M. before the undersigned..

DONE AND ORDERED at West Palm Beach, Florida, this 28th day of August, 2000.

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Honorable Donald M. Middlebrooks
Roger Stefin, AUSA
Arthur Marchetta, Jr., Esq.
U. S. Probation Office

