UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,                          CASE NO. 00-6022-CR-MIDDLEBROOKS

    Plaintiff,                      MAGISTRATE JUDGE VITUNAC

vs.

EDWARD DANY,

    Defendant.
_____/



## NOTICE OF HEARING

To:  Roger Stefin
     U.S. Attorney's Office
     500 E. Broward Blvd.
     Seventh Floor
     Fort Lauderdale, FL 33301

YOU ARE HEREBY notified that we shall call up for hearing before Honorable Linnea R. Johnson, Court Room #4, Third Floor, 701 Clematis Street, West Palm Beach, Florida 33401, on **Thursday, August 31, 2000, at 9:30 a.m.** or as soon thereafter as we may be heard:

**MOTION TO WITHDRAW AS COUNSEL
FOR THE DEFENDANT AND
REQUEST FOR ADDITIONAL TIME TO FILE OBJECTIONS
TO THE PRE-SENTENCE INVESTIGATION**

I HEREBY CERTIFY that a copy of the foregoing was furnished to the above-named addressee, via fax no 356-7336, on this ____ day of _____, 2000.

                                  **MAIER AND MARCHETTA**
                                  Attorneys for Defendant
                                  Galleria Professional Building
                                  915 Middle River Drive
                                  Suite 401
                                  Fort Lauderdale, Florida 33304
                                  (954) 566-9889

                      By: _____
                          ARTHUR E. MARCHETTA, JR.
                          Florida Bar #607479

F:\WORK\CLIENTS.CR\DANY\NOTHRG.32