UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

EDWARD DANY,

        Defendant.

_____/



## ORDER

THIS CAUSE came before the Court on August 31, 2000 pursuant to an Order of

Reference by the Honorable Donald M. Middlebrooks regarding Arthur E. Marchetta, Jr.'s

Motion to Withdraw. Pursuant to proceedings held, it is

ORDERED AND ADJUDGED that said motion is hereby GRANTED. Arthur

Marchetta, Jr. is hereby DISCHARGED as counsel of record. It is further

ORDERED AND ADJUDGED that Steven Kassner is hereby appointed counsel of record

under the Criminal Justice Act.

DONE AND ORDERED at West Palm Beach, Florida, this 31st August, 2000.

 

                              LINNEA R. JOHNSON
                              CHIEF U. S. MAGISTRATE JUDGE



Copies provided to:

Honorable Donald M. Middlebrooks
Roger Stefin, AUSA
Arthur Marchetta, Jr.
Steven Kassner, Esq.
U.S. Pretrial Services
U.S. Probation