# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 8/31/00   TIME: 9:30 AM

DEFT. EDWARD DANY (J)   CASE NO 00-6022-CR-MIDDLEBROOKS

AUSA. ROGER STEFIN   ATTY. ARTHUR MARCHETTA, JR.

AGENT.   VIOL. CONSP/PWID COCAINE
21:846, 841

PROCEEDING MOTION TO WITHDRAW AS COUNSEL   BOND.

DISPOSITION   SENTENCING SET 9/6/00 @ 4:30 PM

Deft questioned regarding ability to retain counsel. Court finds deft is indigent. Arthur Marchetta, Jr is hereby discharged as counsel of record. Steven Kassner is appointed as counsel of record under the Criminal Justice Act.

SEP - 5 2000

Rec'd in MIA Dkt

DATE: 8/31/00   TAPE: LRJ-00- 81-1006

145/5