FILED by _____ D.C.
SEP 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. MIAMI

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _00-6022-CR_

DEFENDANT _Edward Dany_   JUDGE _Middlebrooks_

Deputy Clerk _Dee Walden_   DATE _9-6-00_

Court Reporter _Rose Watford_   USPO _Theresa Hadnar_

AUSA _Roger Stefin_   Deft's Counsel _Steven Kreiser_

COUNTS DISMISSED _____

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

✓ Sentencing cont'd until _10/5/00_ at _4:30_ AM/**PM**

_Deft's ore_
_M/Cont is_
_granted_

JUDGMENT AND SENTENCE

Imprisonment   Years   Months   Counts

Supervised Release _____

____ Probation   Years   Months   Counts

Comments _____

Assessment $_____   Fine $_____

Restitution /Other _____

CUSTODY

____ Remanded to the Custody of the U. S. Marshal Service   ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

148