UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ______ D.C.
OCT - 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**ORDER**

EDWARD DANY,

Defendant(s).

_________________________________/

THIS CAUSE has come before the Court upon the Government's Oral Motion for Continuance of Sentencing due to a Trial Conflict, made telephonically on October 5, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED**. The sentencing hearing is rescheduled for October 26, 2000 at 4:30 p.m. in Miami, Florida.

DONE AND ORDERED at Miami, Florida, this 5 day of October, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Steven Kassner, Esq.
Roger Stefin, AUSA
U. S. Probation Office
U. S. Marshals Service

