

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                Fla. Bar No: 372331

EDWARD DANY,

      Defendant.

_____/

## DEFENDANT OBJECTION TO THE PRESENTENCE INVESTIGATIVE REPORT

COMES NOW, the Defendant, EDWARD DANY, by and through the undersigned

attorney, pursuant to the Due Process clause of the Fifth Amendment and the Notice and Jury

trial guarantee of the Sixth Amendment, and objects to the government's position that the

Defendant's offense of conviction requires a punishment no greater than life; and no less than ten

years in prison; pursuant to 21U.S.C. § 841(a)(1)(b) and 21U.S.C. § 846.

(1) Mr. Dany was found guilty of count one of a two count indictment charging him with

conspiracy to possess with intent to distribute cocaine, in violation of 21U.S.C. § 846.

(2) The indictment returned against Mr. Dany charged him in count II with attempted

possession with intent to distribute cocaine, in violation of 21U.S.C. § 841(a)(1) and in count I

with conspiracy in violation of 21U.S.C. § 846. The government in neither count of the indictment

plead, and a jury never found, that Mr. Dany either attempted to possess or conspired to possess

five kilograms of cocaine.

*Law Offices of Steven H. Kassner*

815 PONCE DE LEON BLVD, SUITE 303 • CORAL GABLES, FLORIDA 33134 • TELEPHONE: (305) 461-2744

(3) Congress in 21U.S.C. § 846 provided that a violation of this statue would subject an offender to the penalties prescribed in 21U.S.C. § 841 (a)(1)(b).

(4) Congress in 21U.S.C. § 841 (a)(1)(b) authorized the court to increase the statutory maximum sentence a violator faced if the court found that the quantity of drugs involved in the offense of conviction was five kilograms of cocaine or greater.

(5) The congressional intent as expressed in this statue was that the court upon conviction would treat the quantity of drugs as a sentencing factor. The government was only required to prove the quantity of drugs involved in the violation by a preponderance of the evidence as opposed to the higher standard of proof beyond a reasonable doubt.

(6) In **Apprendi V. New Jersey** 120 S. Ct.2348 (2000) the court held " The Fifth Amendment's Due Process Clause and the Sixth Amendment's notice and jury trial guarantees require that any fact other than prior conviction that increases the maximum penalty for a crime must be charged in an indictment, submitted to a jury, and proved beyond a reasonable doubt." Id at 2354-55. As pointed out previously this did not happen in Mr. Dany's case.

(7) The P.S.I. currently informs the court that Mr. Dany's criminal liability ranges from a minimum-mandatory 10 years to life in prison. The P.S.I. goes on to state that despite the fact that Mr. Dany's guideline score is 97 months through 121 months this court can sentence Mr. Dany to no less than ten years in prison since the government has indicated that Mr. Dany's violation involved 5 kilograms of cocaine. Under the holding in **Apprendi** this is incorrect. The correct sentencing range is 5 years through 40 years. Since under the correct sentencing range Mr. Dany's is only facing a five years minimum-mandatory sentence this court's discretion to sentence Mr. Dany between the applicable guideline range is not impaired by a 10 year minimum-mandatory sentence.

*Law Offices of Steven H. Kassner*

815 PONCE DE LEON BLVD, SUITE 303 • CORAL GABLES, FLORIDA 33134 • TELEPHONE: (305) 461-2744

Wherefore the Defendant, EDWARD DANY, respectfully requests that this honorable

sustain his objection and correct his Pre Sentence Investigative Report accordingly.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the above was faxed and mailed to:

Roger Stefin, A.U.S.A., 500 East Broward Blvd., Seventh Floor, Ft. Lauderdale, FL. 33301 and

Dedra Pratt, U.S. Probation Office, U.S. Federal Courthouse, 299 E. Broward Blvd., Room 409,

Ft. Lauderdale, FL. 33301 on October 24, 2000.

Respectfully submitted,

STEVEN H. KASSNER, Esquire
815 Ponce De Leon Blvd.
Coral Gables, Florida 33134
Telephone: (305)461-2744

By _____
STEVEN H. KASSNER, Esquire
Florida Bar No. 372331