SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _JMB_ D.C.
OCT 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 00-6022-CR-Middlebrooks

DEFENDANT: Edward Dany
JUDGE: Donald M. Middlebrooks
Deputy Clerk: M. Beck
DATE: October 24, 2000
Court Reporter: R. Watford
USPO: K. Gonzalez
AUSA: Roger Stefin
Deft's Counsel: Stephen Kassner

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 78 | One |

| Supervised Release/Probation | Years | Months | Counts |
|---|---|---|---|
| | 3 | | 1 |

COUNTS DISMISSED: _____

Comments/Spec. Conds: end of incarceration - surrender to INS for deportation proceedings; non-sup. if deported; not to re-enter US w/o perm of AG; credit time served

Stephen Kassner appointed as counsel on appeal.

Assessment $ 100.00    Fine $ No Fine    Restitution/Other N/A

### CUSTODY

_X_ Remanded to the Custody of the U.S. Marshal Service    ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U.S. Marshal Service) on __/__/__

Commitment Recommendation: _____