PAID
In Forma Pauperis
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                   Fla. Bar No: 372331

EDWARD DANY,

    Defendant.

_____/

## NOTICE OF APPEAL

Notice is hereby given that EDWARD DANY, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the 11th Judicial Circuit from a final judgement of conviction and sentence entered on the 26th day of October, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the above was mailed to: Roger Stefin, A.U.S.A., 500 East Broward Blvd., Seventh Floor, Ft. Lauderdale, FL. 33301 and Dedra Pratt, U.S. Probation Office, U.S. Federal Courthouse, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, FL. 33301 on October 24, 2000.

                                                      Respectfully submitted,
                                                      STEVEN H. KASSNER, Esquire
                                                      815 Ponce De Leon Blvd.
                                                      Coral Gables, Florida 33134
                                                      Telephone: (305)461-2744

                               By _____
                                           STEVEN H. KASSNER, Esquire