1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

FILED by _____ D.C.
APPEAL
FEB 12 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 00-6022-CR-HURLEY |
| | ) | (Middlebrooks) |
| | ) | |
| | ) | West Palm Beach, Florida |
| | ) | May 11, 2000 |
| vs. | ) | 9:30 a.m. |
| | ) | |
| | ) | Page 1 - 304 |
| CHRISTOPHER GILBOURNE, | ) | |
| EDWARD DANY, and | ) | |
| DORREL BRYAN, | ) | |
| | ) | |
| Defendants. | ) | |

VOLUME 1

TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For The Government: | Roger H. Stefin, Esq. |
| | Assistant U.S. Attorney |
| | Miami, Florida |
| For Defendant Gilbourne: | David Rowe, Esq. |
| | Attorney-At-Law |
| | Miami, Florida |
| For Defendant Dany: | Arthur Marchetta, Esq. |
| | Attorney-At-Law |
| | Fort Lauderdale, Florida |
| For Defendant Bryan: | Paul McKenna, Esq. |
| | Attorney-At-Law |
| | Miami, Florida |
| Court Reporter: | Roger Watford, RPR/CM |
| | Official Court Reporter |
| | Miami, Florida |