FILED by 305   D.C.
APPEAL
FEB 1 2 2001
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. MIAMI

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE SOUTHERN DISTRICT OF FLORIDA
2   WEST PALM BEACH DIVISION

3

4   UNITED STATES OF AMERICA  )   CASE NO. 00-6022-CR-HURLEY
                              )   West Palm Beach, Florida
5                             )   May 15, 2000
              vs.             )   9:30 a.m.
6                             )
                              )   Page 305 - 520
7   CHRISTOPHER GILBOURNE,    )
    EDWARD DANY, and          )
8   DORREL BRYAN,             )
                              )
9              Defendants.    )
    _____)

10
                        VOLUME 2
11
                  TRANSCRIPT OF TRIAL
12   BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
                UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15   For The Government:      Roger H. Stefin, Esq.
                              Assistant U.S. Attorney
16                            Miami, Florida

17   For Defendant
     Gilbourne:               David Rowe, Esq.
18                            Attorney-At-Law
                              Miami, Florida
19

20   For Defendant Dany:      Arthur Marchetta, Esq.
                              Attorney-At-Law
21                            Fort Lauderdale, Florida

22   For Defendant Bryan:     Paul McKenna, Esq.
                              Attorney-At-Law
23                            Miami, Florida

24   Court Reporter:          Roger Watford, RPR/CM
                              Official Court Reporter
25                            Miami, Florida