```
                                                               522
                                                        FILED by _____ D.C.
                                                        APPEAL
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA        FEB 1 2 2001
 2                 WEST PALM BEACH DIVISION
                                                       CLARENCE MADDOX
                                                       CLER. U.S. DIST. CT.
 3                                                     S.D. OF FLA. MIAMI

                                                              DMM
 4   UNITED STATES OF AMERICA   )   CASE NO. 00-6022-CR-HURLEY
                                )   West Palm Beach, Florida
 5                              )   May 16, 2000
              vs.               )   9:30 a.m.
 6                              )
                                )   Page 521 - 795
 7   CHRISTOPHER GILBOURNE,     )
     EDWARD DANY, and           )
 8   DORREL BRYAN,              )
                                )
 9              Defendants.     )
     _____)
10
                         VOLUME 3
11
                    TRANSCRIPT OF TRIAL
12       BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
                UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15   For The Government:      Roger H. Stefin, Esq.
                              Assistant U.S. Attorney
16                            Miami, Florida

17   For Defendant
     Gilbourne:               David Rowe, Esq.
18                            Attorney-At-Law
                              Miami, Florida
19
     For Defendant Dany:      Arthur Marchetta, Esq.
20                            Attorney-At-Law
                              Fort Lauderdale, Florida
21
     For Defendant Bryan:     Paul McKenna, Esq.
22                            Attorney-At-Law
                              Miami, Florida
23
     Court Reporter:          Roger Watford, RPR/CM
24                            Official Court Reporter
                              Miami, Florida
25
```