FILED by _____ D.C.
APPEAL

MAR 0 8 2001

CLARENCE MADDOX
CLER.. U. S. DIST. CT.
S.D. OF FLA.· MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:      3/8/01

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:    **District Court No:**  00-06022-CR  -  DMM

           **U.S.C.A. No:**  00-13377-F

           **Style:**  USA V. GILBOURNE **, EDWARD DANY & DORREL BRYAN**

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida
hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this
appeal. The record (including the transcript or parts thereof designated for inclusion and all
necessary exhibits) consists of:

      **2** Volume(s) of pleadings

      **6** Volume(s) of Transcripts

      **X** Exhibits:    **0** boxes;    **0** folders;

                      **0** envelopes;    **3** PSIs (sealed)

                   ☐ other: _____

                   ☐ other: _____

   ☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _____
    **Deputy Clerk**

**Attachment**                                                    **S/F A-15**
c: court file                                                    **Rev. 10/94**

☐ **301 N. Miami Avenue**       ☐ **299 E. Broward Boulevard**       ☐ **701 Clematis Street**
**Miami, Fl 33128-7788**            **Ft. Lauderdale, Fl 33301**           **West Palm Beach, Fl 33401**
**305-523-5080**                        **954-769-5413**                        **561-803-3408**



```
                                                    AEV      CLOSED
                                                    APPEAL
                        U.S. District Court
              Southern District of Florida (FtLauderdale)

              CRIMINAL DOCKET FOR CASE #: 00-CR-6022-ALL
```

USA v. Llewlyn                                      Filed: 01/25/00

Other Dkt # 0:00-m -04006

Case Assigned to: Judge Donald M. Middlebrooks

CHARLES LLEWLYN (1)                Philip Robert Horowitz
aka                                  [term  09/28/00]
Charles Llewylin                   FTS 232-1963
      defendant                    [COR LD NTC ret]
  [term  09/28/00]                 Philip R. Horowitz
                                   12651 South Dixie Highway
                                   Suite 328, Southpark Centre
                                   Miami, FL 33156
                                   305-232-1949

                                   Mark Graham Hanson
                                   305-285-0816
                                   Suite 102
                                   [COR LD NTC cja]
                                   2530 SW 3rd Avenue
                                   Miami, FL 33129-2034

Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY             Imprisonment for a term of 110
DISTRIBUTE CONTRL SUBST            months.  Supervised release
(1)                                for a period of 3 years.
                                   Assessment of $100.00.
                                   (1)

Offense Level (opening): 4


Terminated Counts:                      Disposition

21:841A=CD.F CONTROLLED SUBST      Dismissed
SELL/DISTR/DISPENSE                (2)
(2)

Offense Level (disposition): 4

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____
                    Deputy Clerk
Date  3/8/01

Docket as of March 8, 2001 8:22 am              Page 1

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                            CLOSED APPEAL
```

Complaints                          Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]


========================

Case Assigned to:  Judge Donald M. Middlebrooks

```
DOUGLAS MCCLOUD (2)              Public Defender
     defendant                   [term  02/01/00]
  [term  09/07/00]              FTS 356-7556
                                [COR LD NTC pda]
                                Daryl Elliott Wilcox
                                 [term  02/01/00]
                                [COR LD NTC pda]
                                Federal Public Defender's
                                Office
                                101 NE 3rd Avenue
                                Suite 202
                                Fort Lauderdale, FL 33301-1145
                                954-356-7436

                                Leon Watts
                                 [term  02/24/00]
                                Below Address Terminated on 11/15/00
                                FTS 833-0368
                                [COR LD NTC pda]
                                Federal Public Defender's
                                Office
                                400 Australian Avenue N
                                Suite 300
                                West Palm Beach, FL 33401-5634
                                561-833-6288

                                Russell Karl Rosenthal
                                 [term  09/07/00]
                                FTS 856-8056
                                305-857-9220
                                Suite D207
                                [COR LD NTC cja]
                                1925 Brickell Avenue
                                Miami, FL 33129
```

Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY          Imprisonment for a term of 88
DISTRIBUTE CONTRL SUBST         months.  Supervised release
(1)                             for a period of 5 years.
                                Assessment of $100.00.
                                (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

21:841A=CD.F CONTROLLED SUBST   Dismissed
SELL/DISTR/DISPENSE             (2)
(2)


Offense Level (disposition): 4



Complaints                              Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]


========================

```
Proceedings include all events.                              AEV
0:00cr6022-ALL USA v. Llewlyn                         CLOSED APPEAL
```

Case Assigned to:  Judge Donald M. Middlebrooks

CHRISTOPHER GILBOURNE (3) ,          Abe Anselheart Bailey
PRISONER # (not listed) DOB:           [term  09/07/00]
(not listed) Place: Kingston,        FTS 653-5286
Jamaica                              305-653-8860
      defendant                      5th Floor
   [term  09/07/00]                   [COR LD NTC cja]
                                     18350 NW 2nd Avenue
                                     Miami, FL 33169

                                     David Patrick Rowe
                                       [term  09/07/00]
                                     305-412-0059
                                     Suite 105-A
                                     [COR LD NTC tmp]
                                     18800 NW 2nd Avenue
                                     Miami, FL 33169


Pending Counts:                           Disposition

21:846=CD.F CONSPIRACY               Imprisonment for a term of 160
DISTRIBUTE CONTRL SUBST              months as to each of Counts    1
(1)                                  and 2, to be served
                                     concurrently.  Supervised
                                     release as   to each of Counts
                                     1 and 2, to be served
                                     concurrently.        Assessment
                                     of $200.00.
                                     (1)

21:841A=CD.F CONTROLLED SUBST        Imprisonment for a term of 160
SELL/DISTR/DISPENSE                  months as to each of Counts    1
(2)                                  and 2, to be served
                                     concurrently.  Supervised
                                     release as   to each of Counts
                                     1 and 2, to be served
                                     concurrently.        Assessment
                                     of $200.00.
                                     (2)


Offense Level (opening): 4


Terminated Counts:

   NONE



Docket as of March 8, 2001 8:22 am               Page 4
```

```
Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL
```

Complaints                              Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]


========================

Case Assigned to:  Judge Donald M. Middlebrooks

EDWARD DANY (4)                    Abe Anselheart Bailey
      defendant                     [term  10/27/00]
   [term  10/27/00]               FTS 653-5286
                                  305-653-8860
                                  5th Floor
                                  [COR LD NTC cja]
                                  18350 NW 2nd Avenue
                                  Miami, FL 33169

                                  Steven Hunter Kassner
                                   [term  10/27/00]
                                  FTS 461-2998
                                  305-461-2744
                                  Suite 303
                                  [COR LD NTC cja]
                                  815 Ponce De Leon Boulevard
                                  Coral Gables, FL 33134

                                  Arthur Elliot Marchetta, Jr.
                                   [term  09/05/00]
                                  954-566-9889
                                  Suite 401
                                  [COR LD NTC ret]
                                  Galleria Professional Building
                                  915 Middle River Drive
                                  Fort Lauderdale, FL 33304

Pending Counts:                         Disposition

21:846=CD.F CONSPIRACY            Seventy-eight (78) months
DISTRIBUTE CONTRL SUBST           imprisonment; 3 years
(1)                               supervised   release, $100
                                  assessment
                                  (1)


Offense Level (opening): 4

```
Proceedings include all events.                                         AEV
0:00cr6022-ALL USA v. Llewlyn                               CLOSED APPEAL
```

Terminated Counts:                      Disposition

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(2)


Offense Level (disposition): 4



Complaints                              Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]



========================

Case Assigned to: Judge Donald M. Middlebrooks

```
DORREL BRYAN (5) , DOB:              Paul A. McKenna
unknown Prisoner # 60205-004          [term  08/10/00]
     defendant                       FTS 373-2040
  [term  10/27/00]                   [COR LD NTC ret]
                                     McKenna & Obront
                                     200 S Biscayne Boulevard
                                     Suite 2940
                                     Miami, FL 33131
                                     305-373-1040

                                     James Scott Benjamin
                                      [term  10/27/00]
                                     FTS 779-1771
                                     [COR LD NTC cja]
                                     Benjamin & Aaronson
                                     One Financial Plaza
                                     Suite 1615
                                     Fort Lauderdale, FL 33394-2843
                                     954-779-1700
```

Pending Counts:                          Disposition

```
21:846=CD.F CONSPIRACY          Eighty-seven (87) months
DISTRIBUTE CONTRL SUBST         imprisonment; 3 years
(1)                             supervised    release; $100
                                assessment.
                                (1)
```

Proceedings include all events.                                                AEV
0:00cr6022-ALL USA v. Llewlyn                                         CLOSED APPEAL


Offense Level (opening): 4


Terminated Counts:                        Disposition

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(2)


Offense Level (disposition): 4



Complaints                                Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]


U. S. Attorneys:

  Roger Harris Stefin, AUSA
  FTS 356-7336
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 803-3469
  561-803-3460
  [COR LD NTC]
  Pretrial Services Office
  701 Clematis Street
  Room 221
  West Palm Beach, FL 33401
  561-803-3460

  Probation Officer
  FTS 655-1049
  561-804-6894
  [COR LD NTC]
  United States Probation Office
  501 S Flagler Drive
  Suite 400
  West Palm Beach, FL 33401-5912
  561-804-6894

Proceedings include all events.                                                    AEV
0:00cr6022-ALL USA v. Llewlyn                                            CLOSED APPEAL

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

1/15/00   --        ARREST of Charles Llewylin, Douglas McCloud, Christopher
                    Gilbourne, Edward Dany, Dorrel Bryan, Howard Beckford
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/15/00   1         COMPLAINT as to Charles Llewylin, Douglas McCloud,
                    Christopher Gilbourne, Edward Dany, Dorrel Bryan, Howard
                    Beckford
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   2         ORDER on Initial Appearance as to Douglas McCloud Bond set
                    to No Bond earing-Stipulated $250,000 CSB w/nebbia for
                    Appointment of Public Defender Arraignment set for 11:00
                    1/28/00 before Magistrate Barry S. Seltzer, , ( Signed
                    by Magistrate Barry S. Seltzer on 1/18/00) Tape # 00-002
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   3         ORDER on Initial Appearance as to Charles Llewylin Bond set
                    to $150,000 Corp. Surety recommended for Charles Llewylin.
                    Arraignment set for 11:00 1/28/00 for Charles Llewylin ;
                    Report re counsel set for 11:00 1/28/00 for Charles
                    Llewylin ;  before Magistrate Barry S. Seltzer, ,  (
                    Signed by Magistrate Barry S. Seltzer  on 1/18/00)  Tape #
                    00-002 CCAP
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   4         ORDER on Initial Appearance as to Dorrel Bryan Bond set to
                    $100,000 PSB/ $25,000-10% Cash Arraignment set for 11:00
                    1/28/00 ; Report re counsel set for 11:00 1/28/00 before
                    Magistrate Barry S. Seltzer, , ( Signed by Magistrate
                    Barry S. Seltzer on 1/18/00) Tape # 00-002 CCAP
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   5         ORDER on Initial Appearance as to Christopher Gilbourne
                    Bond set to $150,000 Corp. Surety Requested for Christopher
                    Gilbourne.   Arraignment set for 11:00 1/28/00 for
                    Christopher Gilbourne ; Report re counsel  and bond hearing
                    set for 11:00 1/21/00 for Christopher Gilbourne ; before
                    Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
                    Barry S. Seltzer on 1/18/00) Tape # 00-002 CCAP
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   7         Minute of Initial Appearance held on 1/18/00  before
                    Magistrate Barry S. Seltzer  as to Dorrel Bryan ; Atty.
                    Paul McKenna temporarily retained, $100,000 PSB-$25,000-10%
                    Cash, IRC/arraignment 1/28/00. Court Reporter Name or Tape
                    #: 00-002
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   8         Minute of Initial Appearance held on 1/18/00  before
                    Magistrate Barry S. Seltzer  as to Charles Llewylin ; Atty.
                    Fred Robbins temporarily retained, IRC/arraignment 1/28/00,
                    bond hearing 1/20/00. Court Reporter Name or Tape #: 00-002
                    [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                      CLOSED APPEAL

1/18/00   9      Minute of Initial Appearance held on 1/18/00  before
                 Magistrate Barry S. Seltzer  as to Douglas McCloud ; FPD
                 appointed, no bond hearing held, both sides stipulate to a
                 $250,000 Corp. surety bond with a nebbia. arraignment set
                 1/28/00. Court Reporter Name or Tape #: 00-002
                 [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   10     Minute of Initial Appearance held on 1/18/00  before
                 Magistrate Barry S. Seltzer  as to Christopher Gilbourne ;
                 Defendant advised of charges, will hire an atty., IRC/bond
                 hearing set 1/21/00, arraignment 1/28/00. Court Reporter
                 Name or Tape #: 00-002
                 [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   11     Minute of Initial Appearance held on 1/18/00  before
                 Magistrate Barry S. Seltzer  as to Edward Dany ; Defendant
                 advised of charges, CREOLE INTERPRETER ORDERED, will be
                 brought back tomorrow when Interpreter available,
                 arraignment set 1/28/00. Court Reporter Name or Tape #:
                 00-002
                 [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   13      PERSONAL SURETY BOND entered by Dorrel Bryan  in  Amount $
                 100,000  Approved by Magistrate Barry S. Seltzer .
                 Surrender passports/travel documents;  Report to PTS as
                 follows: as directed  Random urine testing;  Full-time
                 employment;  Avoid victims/witnesses;  No firearms/weapons;
                  Curfew from: 11:00 pm to 6:00 am  Additional conditions:
                 no excessive alcohol no illegal drugs.
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00   14     Minute of initial appearance held on 1/19/00  before
                 Magistrate Barry S. Seltzer  as to Edward Dany ; Tape #:
                 00-003
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00   15     INTERPRETER required for Edward Dany   Language: Creole
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00   16     ORDER on Initial Appearance as to Edward Dany Pretrial
                 Detention Requested . Detention hearing set for 10:00
                 1/24/00 ; Preliminary examination set for 11:00 1/28/00 ;
                 before Magistrate Barry S. Seltzer, ,  ( Signed by
                 Magistrate Barry S. Seltzer on 1/18/00) Tape # 00-003 CCAP
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00   17      10% BOND entered by Dorrel Bryan  in  Amount $ 25,000
                 Receipt # 401 518336   Approved by Magistrate Barry S.
                 Seltzer .
                 [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

Proceedings include all events.                                           AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

1/19/00   18    CJA 20 as to Edward Dany : Appointment of Attorney Abe
                Anselheart Bailey ( Signed by Magistrate Barry S. Seltzer
                on 1/19/00) Voucher# 0859519
                [ 0:00-m -4006 ] (dd) [Entry date 01/19/00]

1/19/00   19    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                Douglas McCloud
                [ 0:00-m -4006 ] (pb) [Entry date 01/20/00]

1/19/00   20    NOTICE of Assignment of Assistant Public Defender for
                Douglas McCloud . Terminated attorney Public Defender for
                Douglas McCloud AFPD Daryl Elliott Wilcox assigned.
                [ 0:00-m -4006 ] (pb) [Entry date 01/20/00]

1/20/00   21    Minute of Bond Hearing held on 1/20/00  before Magistrate
                Barry S. Seltzer  as to Charles Llewylin ; THere was a
                question about the defendant's INS status so the hearing
                was continued until 1/21/00 in MIAMI (at the special
                request of BSS). Court Reporter Name or Tape #: 00-005
                [ 0:00-m -4006 ] (dd) [Entry date 01/20/00]

1/20/00   --    Bond hearing as to Charles Llewylin  set for 10:00 1/21/00
                for Charles Llewylin   before Duty Magistrate in Miami
                [ 0:00-m -4006 ] (dd) [Entry date 01/20/00]

1/21/00   22    REPORT Commencing Criminal Action as to Dorrel Bryan  DOB:
                unknown  Prisoner # 60205-004
                [ 0:00-m -4006 ] (pb) [Entry date 01/21/00]

1/21/00   25    Minute of inquiry re cnsl/bond hearing held on 1/21/00
                before Magistrate Barry S. Seltzer  as to Christopher
                Gilbourne ;   Tape #: 99-006
                [ 0:00-m -4006 ] (pb) [Entry date 01/21/00]

1/24/00   26    Minute of Pretrial Detention Hearing held on 1/24/00
                before Magistrate Barry S. Seltzer  as to Edward Dany ;
                Parties stipulated to 200,000 CSB w/Nebbia with both sides
                reserving the right to proceed with a PTD hearing at a
                later date. Tape #: 00-006
                [ 0:00-m -4006 ] (pb) [Entry date 01/24/00]

1/24/00   27    REPORT Commencing Criminal Action as to Christopher
                Gilbourne  DOB: none given  Prisoner # none given
                [ 0:00-m -4006 ] (dd) [Entry date 01/25/00]

1/25/00   28    INDICTMENT as to Charles Llewlyn (1) count(s) 1, 2, Douglas
                McCloud (2) count(s) 1, 2, Christopher Gilbourne (3)
                count(s) 1, 2, Edward Dany (4) count(s) 1, 2, Dorrel Bryan
                (5) count(s) 1, 2 (Criminal Category 1) (Preliminary
                Examination cancelled.) (pb) [Entry date 01/26/00] Begun Vol. 1

1/25/00   --    Magistrate identification:  Magistrate Judge Ann E. Vitunac
                (pb) [Entry date 01/26/00]

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL
```

1/26/00  (29)      NOTICE of Temporary Appearance for Christopher Gilbourne by
                   Attorney David Patrick Rowe (pa) [Entry date 01/27/00]

1/28/00   30       Minute of IRC held on 1/28/00  before Magistrate Barry S.
                   Seltzer  as to Charles Llewlyn ;  Court Reporter Name or
                   Tape #: 00-010 3338-3404 recall 00-011 708-905 (kw)
                   [Entry date 01/31/00]

1/28/00  (31)      Minute of IRC/arraignment held on 1/28/00  before
                   Magistrate Barry S. Seltzer  as to Dorrel Bryan ;  Court
                   Reporter Name or Tape #: 00-011 10-170 (kw)
                   [Entry date 01/31/00]                         *Vol. / Cont'd*

1/28/00   32       Minute of arraignment held on 1/28/00  before Magistrate
                   Barry S. Seltzer  as to Douglas McCloud ;  Court Reporter
                   Name or Tape #: 00-011 10219 (kw) [Entry date 01/31/00]

1/28/00  (33)      Minute of arraignment held on 1/28/00  before Magistrate
                   Barry S. Seltzer  as to Edward Dany ; Tape #: 00-010 10-375
                   (kw) [Entry date 01/31/00]

1/28/00  (34)      Minute of IRC held on 1/28/00  before Magistrate Barry S.
                   Seltzer  as to Christopher Gilbourne ; Tape # 00-011 10-100
                   00-011 950-1000 1286-1400 (kw) [Entry date 01/31/00]

1/28/00  (35)      NOTICE of Appearance for Edward Dany by Attorney Arthur
                   Elliot Marchetta Jr. (kw) [Entry date 01/31/00]

1/28/00  (36)      NOTICE of Appearance for Dorrel Bryan by Attorney Paul A.
                   McKenna (kw) [Entry date 01/31/00]

1/28/00  (37)      ORDER RE: STATUS CONFERENCE SPEEDY TRIAL AND PRETRIAL
                   MATTERS as to Charles Llewlyn, Douglas McCloud, Christopher
                   Gilbourne, Edward Dany, Dorrel Bryan  set status
                   conference for 9:30 2/28/00 for Charles Llewlyn, for
                   Douglas McCloud, for Christopher Gilbourne, for Edward
                   Dany, for Dorrel Bryan  before Magistrate Ann E. Vitunac
                   ( Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP
                   [EOD Date: 1/31/00] CCAP (kw) [Entry date 01/31/00]

1/28/00  (38)      STANDING DISCOVERY ORDER as to Charles Llewlyn, Douglas
                   McCloud, Christopher Gilbourne, Edward Dany, Dorrel Bryan
                   all motions concerning matters not covered by this order
                   must be filed within 28 days of this order ( Signed by
                   Magistrate Barry S. Seltzer on 1/28/00)  CCAP (kw)
                   [Entry date 01/31/00]

1/28/00  (39)      ORDER on partial indigency for appointment of counsel and
                   distribution of available funds as to Christopher Gilbourne
                   ( Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP
                   [EOD Date: 1/31/00] CCAP (kw) [Entry date 01/31/00]

Proceedings include all events.                                           AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL

1/28/00  (43)   ARRAIGNMENT INFORMATION SHEET for Christopher Gilbourne (3)
                count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (pa) [Entry date 02/01/00]

1/28/00  (44)   ARRAIGNMENT INFORMATION SHEET for Edward Dany (4) count(s)
                1, 2   NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (pa) [Entry date 02/01/00]

1/28/00  (45)   ARRAIGNMENT INFORMATION SHEET for Douglas McCloud (2)
                count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (pa) [Entry date 02/01/00]

1/28/00  (46)   ARRAIGNMENT INFORMATION SHEET for Dorrel Bryan (5) count(s)
                1, 2   NOT GUILTY PLEA ENTERED as to all counts. Court
                accepts plea. (pa) [Entry date 02/01/00]   *Vol / Cont'd*

1/28/00  47     ARRAIGNMENT INFORMATION SHEET for Charles Llewlyn (1)
                count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                Court accepts plea. (pa) [Entry date 02/01/00]

1/31/00  40     NOTICE of Appearance for Charles Llewlyn by Attorney Philip
                Robert Horowitz (pa) [Entry date 02/01/00]

1/31/00  41     CJA 20 as to Charles Llewlyn : Appointment of Attorney (
                Signed by Magistrate Barry S. Seltzer  on 1/31/00 Nunc Pro
                Tunc Date 1/28/00) (pa) [Entry date 02/01/00]

1/31/00  (42)   CJA 20 as to Christopher Gilbourne : Appointment of
                Attorney Abe Anselheart Bailey ( Signed by Magistrate Barry
                S. Seltzer  on 1/31/00 Nunc Pro Tun Date 1/28/00) (pa)
                [Entry date 02/01/00]

2/1/00   48     NOTICE of Assignment of Assistant Public Defender for
                Douglas McCloud. Terminated attorney Daryl Elliott Wilcox
                for Douglas McCloud AFPD Leon Watts assigned. (pa)
                [Entry date 02/02/00]

2/3/00   (49)   NOTICE of Appearance for Dorrel Bryan by Attorney Paul A.
                McKenna (pa) [Entry date 02/03/00]

2/4/00   50     Minute of Bond Hearing held on 2/4/00  before Magistrate
                Ann E. Vitunac as to Charles Llewlyn; Tape #: AEV00-10-303
                (pa) [Entry date 02/04/00]

2/4/00   --     Bond hearing as to Charles Llewlyn  held (pa)
                [Entry date 02/04/00]

2/7/00   (51)   ORDER SETTING STATUS CONFERENCE: ORDER as to Charles
                Llewlyn, Douglas McCloud, Christopher Gilbourne, Edward
                Dany, Dorrel Bryan set status conference for 9:10 2/28/00
                before Judge Daniel T. K. Hurley (Signed by Judge T. K.
                Hurley on 2/4/00) CCAP [EOD Date: 2/7/00] CCAP (pa)
                [Entry date 02/07/00]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

2/11/00  (53)    NOTICE of Appearance for Christopher Gilbourne by Attorney
                 David P. Rowe Esq. (pa) [Entry date 02/15/00]

2/11/00  (54)    NOTICE of filing the attached letter to the legal
                 Department, Federal Detention Center, Miami, by Christopher
                 Gilbourne (pa) [Entry date 02/15/00]

2/14/00  (52)    RESPONSE to Standing Discovery Order by USA  as to Charles
                 Llewlyn, Douglas McCloud, Christopher Gilbourne, Edward
                 Dany, Dorrel Bryan (pa) [Entry date 02/14/00]

2/16/00  (56)    MOTION by Christopher Gilbourne for disclosure of of
                 existence of confidential informers (at)        *Vol.1 Cont'd*
                 [Entry date 02/22/00]

2/18/00  (55)    MOTION by Christopher Gilbourne for disclosure of giglio
                 materials (kw) [Entry date 02/18/00]

2/18/00  (57)    MOTION by Christopher Gilbourne for giglio materials (pa)
                 [Entry date 02/23/00]

2/22/00  58      MOTION by Douglas McCloud for Leon Daniel Watts to
                 withdraw as attorney (pa) [Entry date 02/23/00]

2/24/00  59      ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
                 McCLOUD: ORDER as to Douglas McCloud granting [58-1] motion
                 for Leon Daniel Watts to withdraw as attorney (Terminated:
                 attorney Leon Watts). New counsel shall be appointed by
                 separate order (Signed by Magistrate Ann E. Vitunac on
                 2/24/00) CCAP [EOD Date: 2/24/00] CCAP※ (pa)
                 [Entry date 02/24/00]

2/25/00  (60)    MOTION by Edward Dany for disclosure of existence of
                 confinential informers (pa) [Entry date 02/28/00]

2/25/00  (61)    MOTION by Edward Dany for giglio materials (pa)
                 [Entry date 02/28/00]

2/25/00  (62)    MOTION by Edward Dany to reduce Bond, for Evidentiary
                 Hearing on [62-1] motion for reduction of bond (pa)
                 [Entry date 02/28/00]

2/28/00  63      Minute of Status Re: Discovery held on 2/28/00  before
                 Magistrate Linnea R. Johnson as to Charles Llewlyn; Tape #:
                 LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00  --      Status conference as to Charles Llewlyn  held (pa)
                 [Entry date 02/28/00]

2/28/00  (64)    Minute of Status RE: Discovery held on 2/28/00  before
                 Magistrate Linnea R. Johnson as to Dorrel Bryan; Tape #:
                 LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00  --      Status conference as to Dorrel Bryan  held (pa)

Docket as of March 8, 2001 8:22 am                    Page 14

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

                    [Entry date 02/28/00]

2/28/00   65    Minute of Status Re: Discovery held on 2/28/00 before
                Magistrate Linnea R. Johnson as to Douglas McCloud; Tape #:
                LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --    Status conference as to Douglas McCloud  held (pa)
                [Entry date 02/28/00]

2/28/00   66    Minute of Status Conference Re: Discovery held on 2/28/00
                before Magistrate Linnea R. Johnson as to Christopher
                Gilbourne;  Tape #: LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --    Status conference as to Christopher Gilbourne  held (pa)
                [Entry date 02/28/00]

2/28/00   67    Minute of Status Re:Discovery held on 2/28/00  before
                Magistrate Linnea R. Johnson as to Edward Dany;  Court Tape
                #: LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --    Status conference as to Edward Dany  held (pa)
                [Entry date 02/28/00]

2/28/00   68    ORDER as to Christopher Gilbourne, there are pending
                motions. It is too early to determine whether or not the
                case will plead. The parties estimate trial will take 5
                days to complete. The government is preparing transcript of
                conversations (Signed by Magistrate Linnea R. Johnson on
                2/28/00) CCAP [EOD Date: 2/29/00] (pa) [Entry date 02/29/00]

2/28/00   69    ORDER as to Douglas McCloud, there are pending motions. It
                is too early to determine whether or not the case will
                plead. The parties estimate trial will take 5 days to
                complete. The government is preparing transcripts but has
                not completed them. (Signed by Magistrate Linnea R. Johnson
                on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP (pa)
                [Entry date 02/29/00] [Edit date 02/29/00]

2/28/00   70    ORDER as to Dorrel Bryan, Motions are pending. It is to
                early to ascertain whether a plea is likely. The parties
                estimate trial will take 5 days. The government has not
                produced transcripts of tapes (Signed by Magistrate Linnea
                R. Johnson on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP (pa)
                [Entry date 02/29/00]

2/28/00   71    ORDER as to Charles Llewlyn, Motions pending. It is too
                early to ascertain whether the case will plea. The parties
                estimate trial will take 5 days. The Goverment has not
                produced the tape trascripts  (Signed by Magistrate Linnea
                R. Johnson on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP (pa)
                [Entry date 02/29/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

2/28/00   (72)    ORDER as to Edward Dany, there are pending motions. It is
                  too early to ascertain whether the case will plea. The
                  parties estimate trial will take 5 days. The Goverment has
                  not produced the tape trascripts but is in the process of
                  doing so (Signed by Magistrate Linnea R. Johnson on
                  2/28/00) CCAP [EOD Date: 2/29/00] CCAP❊ (pa)
                  [Entry date 02/29/00]

2/28/00   --      Status conference as to Christopher Gilbourne, Douglas
                  McCloud, Dorrel Bryan, Charles Llewlyn, Edward Dany  held
                  (pa) [Entry date 02/29/00]                    *Vol. 1 Cont'd*

2/28/00   --      Status conference as to Charles Llewlyn, Douglas McCloud,
                  Christopher Gilbourne, Edward Dany, Dorrel Bryan  held (pa)
                  [Entry date 03/06/00]

3/1/00    (73)    NOTICE of Appearance for Christopher Gilbourne by Attorney
                  David P. Rowe (pa) [Entry date 03/01/00]

3/6/00    (74)    ORDER SETTING TRIAL DATE & ESTABLISING PRETRIAL PROCEDURES:
                  ORDER as to Charles Llewlyn, Douglas McCloud, Christopher
                  Gilbourne, Edward Dany, Dorrel Bryan set Jury trial for
                  5/1/00 before Judge Daniel T. K. Hurley, set calendar
                  call for 1:30 4/21/00 before Judge Daniel T. K. Hurley,
                  to Continue in Interest of Justice (Signed by Judge
                  Daniel T. K. Hurley on CCAP [EOD Date: 3/6/00] CCAP❊ (pa)
                  [Entry date 03/06/00]

3/6/00    (75)    ORDER VACATING ORDER ON PARTIAL INDIGENCE FOR APPOINTMENT
                  OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS: ORDER as to
                  Christopher Gilbourne vacating [39-1] order ( Signed by
                  Magistrate Barry S. Seltzer on 3/6/00) CCAP [EOD Date:
                  3/7/00] CCAP❊ (pa) [Entry date 03/07/00]

3/7/00    (76)    NOTICE of Hearing as to Edward Dany: Motion hearing before
                  Magistrate Ann E. Vitunac set for 9:30 3/13/00 for [62-1]
                  motion to reduce Bond,and for [62-2] motion for Evidentiary
                  Hearing on [62-1] motion for reduction of bond (pa)
                  [Entry date 03/07/00]

3/7/00    (77)    RESPONSE by USA  as to Christopher Gilbourne; Edward Dany
                  re [61-1] motion for giglio materials (pa)
                  [Entry date 03/07/00]

3/7/00    78      CJA 20 as to Douglas McCloud : Appointment of Attorney
                  Russell Karl Rosenthal ( Signed by Magistrate Ann E.
                  Vitunac on 3/7/00) (pa) [Entry date 03/08/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

3/17/00  (79)    ORDER as to Christopher Gilbourne, Edward Dany, Charles
                 Llewlyn  denying [55-1] motion for disclosure of giglio
                 materials as to Christopher Gilbourne (3), denying [56-1]
                 motion for disclosure of of existence of confidential
                 informers as to Christopher Gilbourne (3), denying [60-1]
                 motion for disclosure of existence of confinential
                 informers, denying [61-1] motion for giglio materials as to
                 Edward Dany (4) (Signed by Magistrate Ann E. Vitunac on
                 3/17/00) CCAP [EOD Date: 3/17/00] CCAP (pa)
                 [Entry date 03/17/00]

3/17/00  (80)    NOTICE of Hearing as to Edward Dany : Motion hearing
                 before Magistrate Ann E. Vitunac set for 9:30 3/29/00 for
                 [62-1] motion to reduce Bond, for [62-2] motion for
                 Evidentiary Hearing on [62-1] motion for reduction of bond
                 (pa) [Entry date 03/17/00]                    *Vol. 1 Cont'd*

3/29/00  (81)    Minute of Motion to Reduce Bond held on 3/29/00  before
                 Magistrate Ann E. Vitunac as to Edward Dany; Court set bond
                 at $50,000 Corporate Surety Bond with Nebbia. Conditions to
                 be set at Nebia. Tape #: AEV00-21-890/1744 (pa)
                 [Entry date 03/29/00]

3/29/00   --     Motion hearing  as to Edward Dany re: [62-1] motion to
                 reduce Bond. Motion hearing held  before Magistrate Ann E.
                 Vitunac (pa) [Entry date 03/29/00]

4/7/00   (82)    NOTICE of Hearing as to Edward Dany: set Nebbia Hearing
                 for 10:00 4/11/00 for Edward Dany  before Magistrate Ann E.
                 Vitunac (pa) [Entry date 04/07/00]

4/11/00  (83)    Minute of Nebbia Hearing held on 4/11/00  before Magistrate
                 Ann E. Vitunac as to Edward Dany;  Bond set at $50,000 CSB.
                 Tape #: AEV00-25-1009 (pa) [Entry date 04/11/00]

4/11/00  (84)    Exhibit and Witness List, as to Edward Dany (pa)
                 [Entry date 04/11/00]

4/12/00  (85)    CORPORATE SURETY BOND entered by Edward Dany, in  Amount $
                 50,000. Approved by Magistrate Ann E. Vitunac. Surrender
                 passports/travel documents; Report to PTS as follows: 1X
                 per week by phone & in person as directed. Random urine
                 testing; Full-time employment; 40 Hours per week-verified
                 by PTS> Avoid victims/witnesses; No firearms/weapons;
                 Additional conditions: Reside at current address, do not
                 move without Court's permission, no drugs/Narcotics, do not
                 violate any other laws, not to be in an airplane or the
                 highways, travel restricted to S/D of Florida. (pa)
                 [Entry date 04/12/00]

4/19/00  (86)    UNOPPOSED MOTION by Dorrel Bryan to continue trial (pa)
                 [Entry date 04/20/00]

4/20/00  (87)    UNOPPOSED MOTION by Edward Dany to continue trial (pa)

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                           CLOSED APPEAL

                    [Entry date 04/20/00]

4/21/00  88     ORDER DENYING MOTION FOR CONTINANCE:ORDER as to Dorrel
                Bryan denying [86-1] motion to continue trial (Signed by
                Judge Daniel T. K. Hurley on 4/20/00) CCAP [EOD Date:
                4/24/00] CCAP※ (pa) [Entry date 04/24/00]

4/27/00  89     ORDER DENYING MOTION TO CONTINUE:ORDER as to Edward Dany
                denying [87-1] motion to continue trial (Signed by Judge
                Daniel T. K. Hurley on 4/26/00) CCAP [EOD Date: 4/27/00]
                CCAP※ (pa) [Entry date 04/27/00]

5/8/00   90     NOTICE of Hearing as to Douglas McCloud :  set Change of
                Plea Hearing for 3:00 6/2/00 for Douglas McCloud   before
                Judge Daniel T. K. Hurley (pa) [Entry date 05/08/00]

5/9/00   91     Requested Voir Dire Questions by Dorrel Bryan (pa)
                [Entry date 05/10/00]                     *Vol. 1 Cont'd*

5/11/00  92     Minute of Jury Trial, Jury Impaneled, Voir Dire Begins held
                on 5/11/00 before Judge Donald M. Middlebrooks as to
                Christopher Gilbourne, Edward Dany, Dorrel Bryan ;
                Continued to 9:30 5/15/00; Court Reporter Name or Tape #:
                Roger Watford (nt) [Entry date 05/15/00]

5/11/00  --     Voir dire begun as to Christopher Gilbourne (3) count(s) 1,
                2, Edward Dany (4) count(s) 1, 2, Dorrel Bryan (5) count(s)
                1, 2 (nt) [Entry date 05/15/00]

5/11/00  --     Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan  held (nt) [Entry date 05/15/00]

5/11/00  --     Change of Plea Hearing as to Charles Llewlyn  held (wc)
                [Entry date 05/18/00]

5/11/00  96     Minutes of Change of Plea hearing held on 5/11/00  before
                Judge Donald M. Middlebrooks as to Charles Llewlyn ; Court
                defers adjudication of guilty until time of sentencing.
                GUILTY: Charles Llewlyn (1) count(s) 1 Court Reporter
                Name or Tape #: Roger Watford (wc) [Entry date 05/18/00]

5/11/00  97     Plea Agreement as to Charles Llewlyn (wc)
                [Entry date 05/18/00]

5/11/00  98     NOTICE of Hearing as to Charles Llewlyn :  set Sentencing
                for 4:30 8/9/00 for Charles Llewlyn   before Judge Donald
                M. Middlebrooks (wc) [Entry date 05/18/00]

5/11/00  --     Change of Plea Hearing as to Douglas McCloud  held (wc)
                [Entry date 05/18/00]

Proceedings include all events.                                        AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL

5/11/00  (99)      Minutes of Change of Plea hearing held on 5/11/00  before
                   Judge Donald M. Middlebrooks as to Douglas McCloud ;
                   GUILTY: Douglas McCloud (2) count(s) 1  Court Reporter
                   Name or Tape #: Roger Watford (wc) [Entry date 05/18/00]

5/11/00  100       Plea Agreement as to Douglas McCloud (wc)
                   [Entry date 05/18/00]

5/11/00  101       NOTICE of Hearing as to Douglas McCloud :  set Sentencing
                   for 4:30 8/9/00 for Douglas McCloud  before Judge Donald
                   M. Middlebrooks (wc) [Entry date 05/18/00]

5/15/00  --        Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                   Bryan  held (wc) [Entry date 05/18/00]  *Vol. 1 Cont'd*

5/15/00  (102)     Minutes of Jury trial held on 5/15/00  before Judge Donald
                   M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                   Dorrel Bryan ;  Court Reporter Name or Tape #: Roger
                   Watford (wc) [Entry date 05/18/00]

5/15/00  (103)     ORDER as to Charles Llewlyn, Douglas McCloud, Christopher
                   Gilbourne, Edward Dany, Dorrel Bryan transferring case to
                   the calendar of Judge Donald M. Middlebrooks ( Signed by
                   Judge Daniel T. K. Hurley on 5/9/00 and Judge Donald M.
                   Middlebrooks on 5/15/00) CCAP [EOD Date: 5/18/00] CCAP̌ (wc)
                   [Entry date 05/18/00]

5/15/00  --        CASE reassigned  to Judge Donald M. Middlebrooks (wc)
                   [Entry date 05/18/00]

5/16/00  (93)      NOTICE of Filing Memorandum of Law In Support of
                   Defendant's Motion To Exclude Tape Transcripts by
                   Christopher Gilbourne (at) [Entry date 05/17/00]

5/16/00  (94)      MOTION by Christopher Gilbourne to exclude tape
                   transcripts of tape recordings and notice of Jencks
                   violations (at) [Entry date 05/17/00]

5/16/00  (95)      MEMORANDUM OF LAW by Christopher Gilbourne in support of
                   [94-1] motion to exclude tape transcripts of tape
                   recordings and notice of Jencks violations (at)
                   [Entry date 05/17/00]

5/16/00  --        Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                   Bryan  held (wc) [Entry date 05/18/00]

5/16/00  (104)     Minutes of Jury trial held on 5/16/00  before Judge Donald
                   M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                   Dorrel Bryan ;  Court Reporter Name or Tape #: Roger
                   Watford (wc) [Entry date 05/18/00]

5/17/00  --        Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                   Bryan  held (wc) [Entry date 05/19/00]

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL
```

5/17/00  (105)    Minutes of Jury trial held on 5/17/00  before Judge Donald
                  M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                  Dorrel Bryan ;  Closing arguments made.  Deliberations
                  commenced.  Trial ends.  See verdict forms.  Court Reporter
                  Name or Tape #: Roger Watford (wc) [Entry date 05/19/00]

5/17/00  (106)    Court's Jury instructions as to Christopher Gilbourne,
                  Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00  (107)    Jury notes and Court's answers as to Christopher Gilbourne,
                  Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00  (108)    Jury notes and Court's answers as to Christopher Gilbourne,
                  Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00  (109)    Jury notes and Court's answers as to Christopher Gilbourne,
                  Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00  (110)    JURY VERDICT as to Edward Dany Guilty: Edward Dany (4)
                  count(s) 1, Not Guilty: Edward Dany (4) count(s) 2 (wc)
                  [Entry date 05/19/00]                         *Vol. 1 Cont'd*

5/17/00  (111)    JURY VERDICT as to Christopher Gilbourne Guilty:
                  Christopher Gilbourne (3) count(s) 1, 2 (wc)
                  [Entry date 05/19/00]

5/17/00  (112)    JURY VERDICT as to Dorrel Bryan Guilty: Dorrel Bryan (5)
                  count(s) 1, Not Guilty: Dorrel Bryan (5) count(s) 2 (wc)
                  [Entry date 05/19/00]

5/17/00   114     Jury notes and Court's answers as to Charles Llewlyn (pa)
                  [Entry date 05/23/00]

5/22/00  (113)    MOTION by Christopher Gilbourne for new trial (pa)
                  [Entry date 05/22/00]

5/23/00  (115)    ORDER as to Christopher Gilbourne, Edward Dany, Dorrel
                  Bryan granting ore tenus motion to extend time for filing
                  post-trial motions.  All post-trial motions shall be filed
                  by 6/1/00 ( Signed by Judge Donald M. Middlebrooks on
                  5/22/00) CCAP [EOD Date: 5/24/00] CCAP (wc)
                  [Entry date 05/24/00]

5/23/00  (116)    NOTICE of Hearing as to Dorrel Bryan :  set Sentencing for
                  4:30 9/6/00 for Dorrel Bryan  before Judge Donald M.
                  Middlebrooks (wc) [Entry date 05/24/00]

5/23/00  (117)    NOTICE of Hearing as to Edward Dany :  set Sentencing for
                  4:30 9/6/00 for Edward Dany  before Judge Donald M.
                  Middlebrooks (wc) [Entry date 05/24/00]

5/23/00  (118)    NOTICE of Hearing as to Christopher Gilbourne :  set
                  Sentencing for 4:30 9/6/00 for Christopher Gilbourne before
                  Judge Donald M. Middlebrooks (wc) [Entry date 05/24/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

5/24/00  (119)   ORDER as to Christopher Gilbourne  denying [113-1] motion
                 for new trial as to Christopher Gilbourne (3) ( Signed by
                 Judge Donald M. Middlebrooks on 5/24/00) CCAP [EOD Date:
                 5/25/00] CCAP※ (wc) [Entry date 05/25/00]

5/26/00  (120)   FURTHER MOTION by Christopher Gilbourne for new trial (pa)
                 [Entry date 05/26/00]

5/30/00  (121)   MOTION by Dorrel Bryan for disbursement of bond (wc)
                 [Entry date 06/01/00]

5/30/00  (121)   ORDER as to Dorrel Bryan granting [121-1] motion for
                 disbursement of bond. The amount of $2,500.00 with any
                 accrued interest is to be returned to Betty Bryan ( Signed
                 by Judge Donald M. Middlebrooks on 5/17/00) CCAP [EOD Date:
                 6/1/00] CCAP※ (wc) [Entry date 06/01/00] Vol. 1 Cont'd

5/30/00  (122)   Release of exhibits as to Christopher Gilbourne  Released
                 to: David P. Rowe, P.A. (wc) [Entry date 06/01/00]

6/5/00   (123)   NOTICE OF INTERLOCUTORY APPEAL by Christopher Gilbourne re:
                 [119-1] order EOD Date: 5/25/00; FEE NOT PAID; Copies to
                 USCA, AUSA, USM, USPTS and Counsel of Record. (sn)
                 [Entry date 06/26/00]

6/29/00  (124)   Release of exhibits as to Christopher Gilbourne, Edward
                 Dany, Dorrel Bryan  Released to: TFO James Barnick (wc)
                 [Entry date 06/29/00]

7/7/00   --      NOTICE of Receipt of Transmittal Letter from USCA as to
                 Christopher Gilbourne Re: [123-1] appeal USCA Number:
                 00-13377-F (sn) [Entry date 07/07/00]

7/19/00  (125)   NOTICE of RECEIPT OF CORRESPONDENCE requesting a re-trial
                 as to Dorrel Bryan.  The Court does not accept ex parte
                 communications.  A copy of defendant's letter, dated
                 7/13/00 is being forwarded to counsel. Counsel is requested
                 to discuss this matter with the defendant and take whatever
                 action counsel deems appropriate (wc) [Entry date 07/20/00]

7/25/00  (126)   NOTICE of receipt of correspondence sent directly to Judges
                 Chambers by Edward Dany (td) [Entry date 07/26/00]

8/3/00   (127)   MOTION by Dorrel Bryan for Paul A. McKenna to withdraw as
                 attorney (wc) [Entry date 08/04/00]

8/3/00   (128)   ORDER OF REFERENCE referring Motion(s)  to Ch. Magistrate
                 Judge Linnea R. Johnson as to Dorrel Bryan : [127-1] motion
                 for Paul A. McKenna to withdraw as attorney as to Dorrel
                 Bryan (5) ( Signed by Judge Donald M. Middlebrooks on
                 8/3/00) CCAP [EOD Date: 8/4/00]  CCAP (wc)
                 [Entry date 08/04/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

8/7/00    129    OBJECTION by Charles Llewlyn  to Presentence Investigation
                 Report (wc) [Entry date 08/07/00]

8/7/00    130    MOTION by Charles Llewlyn to continue sentencing (wc)
                 [Entry date 08/07/00]

9/7/00    131    SUPPLEMENTAL OBJECTIONS by Charles Llewlyn  to Presentence
                 Investigation Report (wc) [Entry date 08/08/00]

8/8/00    132    EMERGENCY MOTION by Douglas McCloud to continue Sentencing
                 date (wc) [Entry date 08/08/00]

8/9/00    133    SECOND SUPPLEMENTAL OBJECTION by Charles Llewlyn  to
                 Presentence Investigation Report (wc) [Entry date 08/09/00]

                                                         *Vol./ Cont'd*

8/9/00    134    ORDER as to Douglas McCloud  granting [132-1] motion to
                 continue Sentencing date  reset Sentencing for 4:30 9/6/00
                 before Judge Donald M. Middlebrooks ( Signed by Judge
                 Donald M. Middlebrooks on 8/8/00) CCAP [EOD Date: 8/10/00]
                 CCAP※ (wc) [Entry date 08/10/00]

8/9/00    135    ORDER as to Charles Llewlyn  granting [130-1] motion to
                 continue sentencing  reset Sentencing for 4:30 9/6/00
                 before Judge Donald M. Middlebrooks ( Signed by Judge
                 Donald M. Middlebrooks on 8/8/00) CCAP [EOD Date: 8/10/00]
                 CCAP※ (wc) [Entry date 08/10/00]

8/9/00    --     Report Re Counsel  as to Dorrel Bryan held (wc)
                 [Entry date 08/11/00]

8/9/00    (136)  Minutes of Inquiry re: counsel held on 8/9/00  before Ch.
                 Magistrate Judge Linnea R. Johnson as to Dorrel Bryan ;
                 Defendant sworn.  CJA counsel James Benjamin is hereby
                 appointed.  Paul McKenna is relieved as counsel of record.
                 Court Reporter Name or Tape #: LRJ-00-69-578 (wc)
                 [Entry date 08/11/00]

8/10/00   (137)  ORDER as to Dorrel Bryan  granting [127-1] motion for Paul
                 A. McKenna to withdraw as attorney (Terminated: attorney
                 Paul A. McKenna) for appointment of James Benjamin as
                 counsel under the Criminal Justice Act ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on 8/9/00) CCAP [EOD
                 Date: 8/14/00] CCAP※ (wc) [Entry date 08/14/00]

8/16/00   (138)  MOTION by Edward Dany for Arthur E. Marchetta, Jr. to
                 withdraw as attorney, and to extend time to file  *End Vol. 1*
                 objections to the PSI report (lk) [Entry date 08/18/00]

8/23/00   (139)  ORDER OF REFERENCE referring Motion(s)  to Ch. Magistrate
                 Judge Linnea R. Johnson as to Edward Dany : [138-1] motion
                 for Arthur E. Marchetta, Jr. to withdraw as attorney,
                 [138-2] motion to extend time to file objections to the PSI
                 report (Signed by Judge Donald M. Middlebrooks on 8/21/00)
                 CCAP [EOD Date: 8/24/00] CCAP (wc) [Entry date 08/24/00]
                                                     *Begin Vol. 2*

Proceedings include all events.                                        AEV
0:00cr6022-ALL USA v. Llewlyn                                   CLOSED APPEAL

8/28/00  (140)   ORDER as to Edward Dany Motion hearing before Ch.
                 Magistrate Judge Linnea R. Johnson set for 9:30 8/31/00 for
                 [138-1] motion for Arthur E. Marchetta, Jr. to withdraw as
                 attorney (Signed by Ch. Magistrate Judge Linnea R. Johnson
                 on 8/28/00) CCAP [EOD Date: 8/30/00] (wc)
                 [Entry date 08/30/00]

8/30/00  (141)   NOTICE of Intent to call up for Hearing on 8/31/00 at
                 9:30am:  Motion to withdraw as counsel for the defendant
                 and request for additional time to file objections to the
                 PSI investigation by Edward Dany (wc) [Entry date 08/31/00]

8/31/00  (142)   MOTION by Dorrel Bryan to continue sentencing date set for
                 9/6/00 (wc) [Entry date 09/01/00]          *Vol.2 Cont'd*

8/31/00  (145)   Minutes of motion to withdraw attorney held on 8/31/00
                 before Magistrate Judge Linnea R. Johnson as to Edward Dany
                 ; Steven Kassner is apointed as counsel of record  Court
                 Reporter Name or Tape #: LRJ00-81-1006 (cj)
                 [Entry date 09/06/00]

8/31/00  --      Motion hearing  as to Edward Dany re: [138-1] motion for
                 Arthur E. Marchetta, Jr. to withdraw as attorney   before
                 Ch. Magistrate Judge Linnea R. Johnson (cj)
                 [Entry date 09/06/00]

9/1/00   (143)   ORDER as to Dorrel Bryan  granting [142-1] motion to
                 continue sentencing date set for 9/6/00  reset Sentencing
                 for 4:30 10/2/00 before Judge Donald M. Middlebrooks (
                 Signed by Judge Donald M. Middlebrooks on 9/1/00) CCAP [EOD
                 Date: 9/5/00] CCAP (wc) [Entry date 09/05/00]

9/5/00   (144)   ORDER as to Edward Dany  granting [138-1] motion for Arthur
                 E. Marchetta, Jr. to withdraw as attorney (Terminated:
                 attorney Arthur Elliot Marchetta ) for appointment of
                 Steven Kassner as CJA counsel ( Signed by Ch. Magistrate
                 Judge Linnea R. Johnson on 8/31/00) CCAP [EOD Date: 9/6/00]
                 CCAP (wc) [Entry date 09/06/00]

9/6/00   146     MOTION by USA  as to Douglas McCloud for downward
                 departure pursuant to 5K1.1, Sentencing Guidelines (wc)
                 [Entry date 09/07/00]

9/6/00   --      Sentencing  held Christopher Gilbourne (3) count(s) 1, 2 (wc)
                 [Entry date 09/11/00]

9/6/00   --      Sentencing  held Douglas McCloud (2) count(s) 1 (wc)
                 [Entry date 09/11/00]

9/7/00   147     Minutes of Sentencing held on 09/07/00  before Judge Donald
                 M. Middlebrooks as to Charles Llewlyn ;  continuing
                 Sentencing for 5:00 09/27/00  before Judge Donald M.
                 Middlebrooks Court Reporter Name or Tape #: Roger Watford

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

                    (nt) [Entry date 09/08/00]

9/7/00    --        Deadline updated as to Charles Llewlyn,  setting
                    Sentencing for 5:00 9/27/00 for Charles Llewlyn  before
                    Judge Donald M. Middlebrooks (nt) [Entry date 09/08/00]

9/7/00    148       Minutes of  Sentencing on 9/7/00  before Judge Donald M.
                    Middlebrooks as to Edward Dany ; Sentencing continued to
                    10/5/00 at 4:30; Defendant's oral motion to continue
                    granted; Court Reporter Name or Tape #: Roger Watford (nt)
                    [Entry date 09/08/00]

9/7/00    --        Deadline updated as to Edward Dany,  setting Sentencing
                    for 4:30 10/5/00 for Edward Dany  before Judge Donald M.
                    Middlebrooks (nt) [Entry date 09/08/00]

9/7/00    149       Minutes of Sentencing held on 9/6/00  before Judge Donald
                    M. Middlebrooks as to Christopher Gilbourne ;  Court
                    Reporter Name or Tape #: Roger Watford (wc)
                    [Entry date 09/11/00]                    *Vol. 2 Cont'd*

9/7/00    150       JUDGMENT as to  Christopher Gilbourne (3) counts 1, 2 -
                    Imprisonment for a term of 160 months as to each of Counts
                    1 and 2, to be served concurrently.  Supervised release as
                    to each of Counts 1 and 2, to be served concurrently.
                    Assessment of $200.00.  ( Signed by Judge Donald M.
                    Middlebrooks on 9/7/00) CCAP [EOD Date: 9/11/00]  CCAP (wc)
                    [Entry date 09/11/00]

9/7/00    151       Minutes of Sentencing held on 9/6/00  before Judge Donald
                    M. Middlebrooks as to Douglas McCloud ;  Court Reporter
                    Name or Tape #: Roger Watford (wc) [Entry date 09/11/00]

9/7/00    152       JUDGMENT as to Douglas McCloud (2) as to count 1 -
                    Imprisonment for a term of 88 months. Supervised release
                    for a period of 5 years. Assessment of $100.00.; count 2 -
                    Dismissed ( Signed by Judge Donald M. Middlebrooks on
                    9/7/00) CCAP [EOD Date: 9/11/00] CCAP (wc)
                    [Entry date 09/11/00]

9/7/00    153       CJA 20 as to Edward Dany : Appointment of Attorney Steven
                    Hunter Kassner ( Signed by Ch. Magistrate Judge Linnea R.
                    Johnson  on 9/7/00) (wc) [Entry date 09/11/00]

9/7/00    154       CJA 20 as to Dorrel Bryan : Appointment of Attorney James
                    S. Benjamin ( Signed by Ch. Magistrate Judge Linnea R.
                    Johnson on 9/7/00 [nunc pro tunc date: 8/9/00]) (wc)
                    [Entry date 09/11/00]

9/11/00   155       NOTICE OF APPEAL by Christopher Gilbourne re: [150-1]
                    judgment order.  EOD Date: 9/11/00; Christopher Gilbourne
                    (3) count(s) 1, 2;  Receipt #: FEE NOT PAID; Copies to
                    USCA, AUSA, USM, USPO and Counsel of Record. (sn)
                    [Entry date 09/12/00]

Proceedings include all events.                                           AEV
0:00cr6022-ALL USA v. Llewlyn                                     CLOSED APPEAL

9/11/00  (161)  DUPLICATE NOTICE OF APPEAL by Christopher Gilbourne re:
                [150-1] judgment order. EOD Date: 9/11/00; ; Filing Fee: $
                FEE NOT PAID/DUPLICATE NOA; Copies to USCA, AUSA, USM, USPO
                and Counsel of Record. (sn) [Entry date 09/21/00]

9/13/00  --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Christopher Gilbourne [155-1]
                appeal (sn) [Entry date 09/13/00]

9/15/00  156    NOTICE OF APPEAL by Douglas McCloud re: [152-1] judgment
                order . EOD Date: 9/11/00; Douglas McCloud (2) count(s) 1;
                FEE NOT PAID/FILED BY CJA; Copies to USCA, AUSA, USM, USPO
                and Counsel of Record. (sn) [Entry date 09/18/00]

9/15/00  157    MOTION by Douglas McCloud to proceed in forma pauperis on
                appeal, and for appointment of counsel (sn)
                [Entry date 09/18/00]              *Vol. 2 Cont'd*

9/15/00  159    MOTION by Charles Llewlyn for Philip Horowitz to withdraw
                as attorney, and for appointment of counsel for appellate
                purposes (sn) [Entry date 09/19/00]

9/18/00  --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Douglas McCloud [156-1] appeal
                (sn) [Entry date 09/18/00]

9/18/00  (158)  UNOPPOSED AND AGREED MOTION by Dorrel Bryan to continue
                Sentencing date of 10/2/00 (wc) [Entry date 09/19/00]

9/19/00  160    DUPLICATE NOTICE OF APPEAL by Douglas McCloud re: [152-1]
                judgment order . EOD Date: 9/11/00; ; Receipt #: FEE NOT
                PAID; Copies to USCA, AUSA, USM, USPO and Counsel of
                Record. (sn) [Entry date 09/19/00]

9/26/00  (162)  ORDER as to Dorrel Bryan  granting [158-1] motion to
                continue Sentencing date of 10/2/00  reset Sentencing for
                4:30 10/26/00 before Judge Donald M. Middlebrooks ( Signed
                by Judge Donald M. Middlebrooks on 9/25/00) CCAP [EOD Date:
                9/27/00] CCAP (wc) [Entry date 09/27/00]

9/26/00  163    ORDER as to Douglas McCloud granting [157-1] motion to
                proceed in forma pauperis on appeal as to Douglas McCloud
                (2) (Signed by Judge Donald M. Middlebrooks on 9/25/00)
                CCAP [EOD Date: 9/27/00] CCAP (sn) [Entry date 09/27/00]

9/26/00  --     NOTICE of Receipt of Transmittal Letter from USCA as to
                Douglas McCloud  Re: [156-1] appeal  USCA Number:
                00-14903-F (sn) [Entry date 09/28/00]

9/27/00  164    Letter MOTION by Charles Llewlyn to Withdraw Plea of
                Guilty (wc) [Entry date 09/29/00]

9/27/00   165      ADDENDUM by Charles Llewlyn  in support of [164-1] motion
                   to Withdraw Plea of Guilty (wc) [Entry date 09/29/00]

9/27/00   165      MOTION by Charles Llewlyn for appointment of counsel (wc)
                   [Entry date 09/29/00]

9/27/00   --       Sentencing  held Charles Llewlyn (1) count(s) 1 (wc)
                   [Entry date 09/29/00]

9/28/00   166      ORDER as to Charles Llewlyn  denying [164-1] motion to
                   Withdraw Plea of Guilty ( Signed by Judge Donald M.
                   Middlebrooks on 9/28/00) CCAP [EOD Date: 9/29/00] CCAP (wc)
                   [Entry date 09/29/00]                           *Vol. 2 Cont'd*

9/28/00   167      Minutes of Sentencing held on 9/27/00  before Judge Donald
                   M. Middlebrooks as to Charles Llewlyn ;  Court Reporter
                   Name or Tape #: Roger Watford (wc) [Entry date 09/29/00]

9/28/00   168      JUDGMENT as to Charles Llewlyn (1) count 1 - Imprisonment
                   for a term of 110 months. Supervised release for a period
                   of 3 years.  Assessment of $100.00.;  count 2 -  Dismissed
                   ( Signed by Judge Donald M. Middlebrooks on 9/28/00) CCAP
                   [EOD Date: 9/29/00]  CCAP (wc) [Entry date 09/29/00]

9/28/00   170      ORDER as to Charles Llewlyn granting [159-1] motion for
                   Philip Horowitz to withdraw as attorney (Terminated:
                   attorney Philip Robert Horowitz for Charles Llewlyn as to
                   Charles Llewlyn (1), granting [159-2] motion for
                   appointment of counsel for appellate purposes as to Charles
                   Llewlyn (1) appointing Mark G. Hanson for purposes of
                   appeal. (Signed by Judge Donald M. Middlebrooks on 9/28/00)
                   CCAP [EOD Date: 10/2/00] CCAP (sn) [Entry date 10/02/00]

9/29/00   --       NOTICE of Receipt of Transmittal Letter from USCA as to
                   Christopher Gilbourne  Re: [155-1] appeal  USCA Number:
                   00-13377-F (sn) [Entry date 10/02/00]

9/29/00   169      NOTICE OF APPEAL by Charles Llewlyn re: [168-1] judgment
                   order.  EOD Date: 9/29/00; Charles Llewlyn (1)  count(s) 1;
                   FILING FEE: FEE NOT PAID; Copies to USCA, AUSA, USM, USPO
                   and Counsel of Record. (sn) [Entry date 10/02/00]

10/2/00   --       Certified copies of Notice of Appeal, Docket and Order
                   under appeal to USCA: as to Charles Llewlyn [169-1] appeal
                   (sn) [Entry date 10/02/00]

10/2/00   171      NOTICE of intent to appeal by Charles Llewlyn - appeal
                   previously filed 9/29/00 [169-1] (sn) [Entry date 10/03/00]

10/3/00   172      RENEWED MOTION by Charles Llewlyn to Withdraw Plea of
                   Guilty (wc) [Entry date 10/04/00]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                            CLOSED APPEAL

10/5/00  173    ORDER as to Charles Llewlyn  denying [172-1] motion to
                Withdraw Plea of Guilty ( Signed by Judge Donald M.
                Middlebrooks on 10/4/00) CCAP [EOD Date: 10/6/00] CCAP※ (wc)
                [Entry date 10/06/00]

10/5/00  174    ORDER as to Edward Dany granting Government's Oral Motion
                to continue  reset Sentencing for 4:30 10/26/00 before
                Judge Donald M. Middlebrooks ( Signed by Judge Donald M.
                Middlebrooks on 10/5/00) CCAP Date: 10/6/00] CCAP※ (wc)
                [Entry date 10/06/00]

10/6/00  175    TRANSCRIPT INFORMATION FORM as to Charles Llewlyn  re:
                [169-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (sn) [Entry date 10/10/00] *Vol. 2 Cont'd*

10/10/00 176    PRO SE MOTION by Charles Llewlyn for Return of Property as
                to 2 sets of cash, $1,757 and $9,000, keys, wallet, diary
                and $10 English pound (wc) [Entry date 10/11/00]

10/10/00 177    ORDER OF REFERENCE referring Motion(s)  to Magistrate Ted
                E. Bandstra as to Charles Llewlyn : [176-1] motion for
                Return of Property as to 2 sets of cash, $1,757 and $9,000,
                keys, wallet, diary and $10 English pound  ( Signed by
                Judge Donald M. Middlebrooks on 10/10/00) CCAP [EOD Date:
                10/11/00]  CCAP (wc) [Entry date 10/11/00]

10/13/00 178    Appeal Information Sheet as to Charles Llewlyn re: [169-1]
                appeal Transcript due 11/11/00 for pretrial proceedings on
                5/11/00 and sentence on 9/6/00 & 9/27/00. (sn)
                [Entry date 10/17/00]

10/13/00 --     NOTICE of Receipt of Transmittal Letter from USCA as to
                Charles Llewlyn  Re: [169-1] appeal  USCA Number:
                00-15230-F (sn) [Entry date 10/17/00]

10/17/00 179    ORDER as to Charles Llewlyn that the US file a written
                response to the Defendant's Pro Se Motion for Return of
                Property  within 10 days of the date of this Order ( Signed
                by Judge Donald M. Middlebrooks on 10/17/00) CCAP [EOD
                Date: 10/18/00] CCAP※ (wc) [Entry date 10/18/00]

10/20/00 180    TRANSCRIPT INFORMATION FORM as to Douglas McCloud re:
                [156-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (sn) [Entry date 10/23/00]

10/25/00 181    OBJECTION by Edward Dany  to Presentence Investigation
                Report (wc) [Entry date 10/25/00]

10/25/00 182    EMERGENCY MOTION by Dorrel Bryan to continue Sentencing (wc)
                [Entry date 10/25/00]

10/25/00 183    MOTION by Dorrel Bryan to determine competency of
                defendant (wc) [Entry date 10/25/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

10/25/00 (184)    ORDER as to Dorrel Bryan denying [183-1] motion to
                  determine competency of defendant, denying [182-1] motion
                  to continue Sentencing ( Signed by Judge Donald M.
                  Middlebrooks on 10/25/00) CCAP [EOD Date: 10/26/00] CCAP※
                  (wc) [Entry date 10/26/00]

10/25/00 185      RESPONSE by USA  as to Charles Llewlyn re [176-1] motion
                  for Return of Property as to 2 sets of cash, $1,757 and
                  $9,000, keys, wallet, diary and $10 English pound (wc)
                  [Entry date 10/26/00]

10/25/00 (186)    OBJECTIONS and Addendum by Dorrel Bryan  to Presentence
                  Investigation Report (wc) [Entry date 10/26/00]

10/26/00 (187)    MOTION by Christopher Gilbourne to extend time to file
                  motion to withdraw as counsel (sn) [Entry date 10/30/00]

10/26/00 --       Sentencing  held Edward Dany (4) count(s) 1, Dorrel Bryan
                  (5) count(s) 1 (sp) [Entry date 11/01/00] *Vol. 2 Contd*

10/26/00 --       Sentencing  held (sp) [Entry date 11/01/00]

10/27/00 (188)    Minutes of Sentencing held on 10/26/00  before Judge Donald
                  M. Middlebrooks as to Dorrel Bryan ;  Court Reporter Name
                  or Tape #: Roger Watford (wc) [Entry date 10/31/00]

10/27/00 (189)    Minutes of Sentencing held on 10/26/00  before Judge Donald
                  M. Middlebrooks as to Edward Dany ;  Court Reporter Name or
                  Tape #: Roger Watford (wc) [Entry date 10/31/00]

10/27/00 (190)    JUDGMENT as to  Edward Dany (4) count(s) 1.  Seventy-eight
                  (78) months imprisonment; 3 years supervised release, $100
                  assessment  ( Signed by Judge Donald M. Middlebrooks on
                  10/26/00) CCAP [EOD Date: 11/1/00]  CCAP (sp)
                  [Entry date 11/01/00]

10/27/00 (191)    JUDGMENT as to  Dorrel Bryan (5) count(s) 1.  Eighty-seven
                  (87) months imprisonment; 3 years supervised release; $100
                  assessment.  ( Signed by Judge Donald M. Middlebrooks on
                  10/26/00) CCAP [EOD Date: 11/1/00]  CCAP (sp)
                  [Entry date 11/01/00]

11/2/00  192      ORDER as to Charles Llewlyn  denying [176-1] motion for
                  Return of Property as to 2 sets of cash, $1,757 and $9,000,
                  keys, wallet, diary and $10 English pound.  Defendant shall
                  have leave to refile, within 10 days of the date of this
                  Order, this motion with proof of a claim being filed for
                  the subject property within the allowable time period. (
                  Signed by Magistrate Ted E. Bandstra on 11/2/00) CCAP [EOD
                  Date: 11/2/00] CCAP※ (wc) [Entry date 11/02/00]

11/3/00  (193)    FURTHER MOTION by Christopher Gilbourne for David P. Rowe
                  to withdraw as attorney (wc) [Entry date 11/06/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

11/6/00  (194)   NOTICE OF APPEAL by Edward Dany re: [190-1] judgment order
                 . EOD Date: 11/1/00; Edward Dany (4) count(s) 1;  Filing
                 Fee: $ (FEE NOT REQUIRED CJA); Copies to USCA, AUSA, USM,
                 USPO and Counsel of Record. (nc) [Entry date 11/07/00]

11/6/00  (195)   NOTICE OF APPEAL by Dorrel Bryan re: [191-1] judgment order
                 . EOD Date: 11/1/00; Dorrel Bryan (5) count(s) 1;  Filing
                 Fee: $ (FEE NOT REQUIRED CJA); Copies to USCA, AUSA, USM,
                 USPO and Counsel of Record. (nc) [Entry date 11/07/00]

11/6/00  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Dorrel Bryan [195-1] appeal (nc)
                 [Entry date 11/07/00]                            *Vol. 2 Cont'd*

11/7/00  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Edward Dany [194-1] appeal (nc)
                 [Entry date 11/07/00]

11/7/00  196     Judgment Returned Executed as to Douglas McCloud on 10/6/00
                 at FCI Loretto, PA (wc) [Entry date 11/08/00]

11/7/00  197     APPEAL INFORMATION SHEET as to Douglas McCloud re: [156-1]
                 appeal; Transcript ordered. No financial arrangements made
                 with Court Reporter. (sn) [Entry date 11/08/00]

11/7/00  (198)   ORDER as to Christopher Gilbourne  denying [193-1] motion
                 for David P. Rowe to withdraw as attorney ( Signed by Judge
                 Donald M. Middlebrooks on 11/7/00) CCAP [EOD Date: 11/9/00]
                 CCAP (wc) [Entry date 11/09/00]

11/13/00 (199)   Appeal Information Sheet as to Douglas McCloud re: [160-1]
                 appeal, [156-1] appeal Transcript due 12/8/00 for sentence
                 on 9/6/00 (Court Reporter Watford) (sn)
                 [Entry date 11/15/00]

11/17/00 200     TRANSCRIPT filed as to Charles Llewlyn of change of plea
                 hearing held 5/11/00 before Judge Donald M. Middlebrooks
                 Pages: 1-22 re: [169-1] appeal. (sn) [Entry date 11/20/00]

11/17/00 201     TRANSCRIPT filed as to Charles Llewlyn of sentencing
                 hearing held 9/6/00 before Judge Donald M. Middlebrooks
                 Pages: 1-25 re: [169-1] appeal. (sn) [Entry date 11/20/00]

11/17/00 202     TRANSCRIPT filed as to Charles Llewlyn of continued
                 sentencing hearing held 9/27/00 before Judge Donald M.
                 Middlebrooks Pages: 1-21 re: [169-1] appeal. Appeal record
                 due on 12/2/00 for Charles Llewlyn (sn)
                 [Entry date 11/20/00] [Edit date 12/19/00]

11/17/00 203     Appeal Information Sheet as to Charles Llewlyn re: [169-1]
                 appeal.  3 transcripts for 5/11/00, 9/6/00 & 9/27/00 filed.
                 (sn) [Entry date 11/20/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL

11/20/00 204    TRANSCRIPT INFORMATION FORM as to Charles Llewlyn  re:
                [169-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (sn) [Entry date 11/22/00]

11/22/00 --     NOTICE of Receipt of Transmittal Letter from USCA as to
                Edward Dany  Re: [194-1] appeal  USCA Number: 00-13377-F (ga)
                [Entry date 11/27/00]

11/22/00 --     NOTICE of Receipt of Transmittal Letter from USCA as to
                Dorrel Bryan  Re: [195-1] appeal  USCA Number: 00-13377-F
                (ga) [Entry date 11/27/00]

11/27/00 205    CJA 24 as to Charles Llewlyn Authorization to Pay Amount: $
                201.00 for Transcript Voucher # FLST2000549 (Signed by
                Judge Donald M. Middlebrooks on 11/17/00) CCAP [EOD Date:
                12/7/00] (sn) [Entry date 12/07/00]   *Vol. 2 Cont'd*

12/5/00 (206)   Appeal Information Sheet as to Edward Dany re: [194-1]
                appeal Transcript due 1/4/01 for trial on 5/11-5/17/00
                (Watford) (sn) [Entry date 12/07/00]

12/11/00 207    TRANSCRIPT filed as to Douglas McCloud  of sentencing
                hearing held 9/6/00  before Judge Donald M. Middlebrooks
                Pages: 1-9  re: [160-1] appeal, [156-1] appeal. Appeal
                record due on 12/26/00 for Douglas McCloud (sn)
                [Entry date 12/11/00]

12/11/00 208    Appeal Information Sheet as to Douglas McCloud re: [160-1]
                appeal, [156-1] appeal.  Transcript for 9/6/00 filed. (sn)
                [Entry date 12/11/00]

12/18/00 209    ORDER as to Charles Llewlyn  denying Defendant's Motion for
                Relief from Order by Magistrate Judge Ted E. Bandstra
                [motion not found] ( Signed by Magistrate Ted E. Bandstra
                on 12/18/00) CCAP [EOD Date: 12/20/00] CCAP (wc)
                [Entry date 12/20/00]

12/22/00 210    Certificate of readiness transmitted to USCA and Certified
                Copies sent to: Atty Russell Rosenthal and AUSA Office as
                to Douglas McCloud re: [160-1] appeal  by Douglas McCloud,
                [156-1] appeal  by Douglas McCloud  USCA # 00-14903-F (nc)
                [Entry date 12/22/00]

12/22/00 --     Transmitted record on appeal to U.S. Court of Appeals as to
                Douglas McCloud  :(Miami Office) Consisting of (1)Volume of
                Pleadings, (1)Volume of Transcripts and (1)Sealed Envelope
                containing PSI Report [160-1] appeal, [156-1] appeal (nc)
                [Entry date 12/22/00]

```
Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                        CLOSED APPEAL
```

12/28/00  211    Appeal Information Sheet as to Charles Llewlyn re: [169-1]
                 appeal Transcript due 1/28/01.  Requested: trial on
                 5/11/00, 5/15/00, 5/17/00; any trial proceedings on 5/12/00;
                 transcript of trial of co-defendants, which was relevant
                 to sentencing of defendant Llewlyn (5 days of hearing -
                 Court Reporter Watford) (sn) [Entry date 01/02/01]

1/2/01    212    Letter MOTION by Charles Llewlyn to extend time to file
                 NOA (sn) [Entry date 01/04/01]

1/2/01    213    ORDER as to Charles Llewlyn denying [212-1] motion to
                 extend time to file NOA as to Charles Llewlyn (1) (Signed
                 by Judge Donald M. Middlebrooks on 1/3/01) CCAP [EOD Date
                 1/4/01] CCAP (sn) [Entry date 01/04/01]          *Vol. 2 Contd*

1/8/01    --     ACKNOWLEDGMENT of receipt by U.S.C.A. of: C.O.R. on
                 12/26/00 U.S.C.A. # 00-14903-F (sn) [Entry date 01/09/01]

1/23/01   214    Judgment Returned Executed as to Edward Dany on 1/17/01 at
                 Wamer LOR (undecipherable) (sk) [Entry date 01/24/01]

1/30/01   215    Appeal Information Sheet as to Dorrel Bryan re: [195-1]
                 appeal Transcript due 2/25/01 for Dorrel Bryan (gp)
                 [Entry date 02/05/01]

2/2/01    21?    MOTION by Christopher Gilbourne to Declare appellant
                 Indigent for costs , and to extend time to file
                 Appellant's Brief and Record Exceprts (gp)
                 [Entry date 02/09/01]

2/6/01    216    Judgment Returned Executed as to Dorrel Bryan on 1/25/01 at
                 ALF, White Deer, PA (wc) [Entry date 02/07/01]

2/12/01   218    TRANSCRIPT filed as to Dorrel Bryan  of Sentencing Hearing
                 held 10/26/00 before Judge Donald M. Middlebrooks; Court
                 Reporter #: Roger Watford; Pages: 1-49 re: [195-1] appeal .
                 (gp) [Entry date 02/13/01]                       *Vol. # 7*

2/12/01   219    TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
                 Dorrel Bryan  of Trial held 5/11/00  before Judge Donald M.
                 Middlebrooks; Court Reporter: Roger Watford; Volume #: 1
                 Pages: 1-303 re: [195-1] appeal, [194-1] appeal, [161-1]
                 appeal, [155-1] appeal . (gp) [Entry date 02/13/01]   *Vol. # 3*

2/12/01   220    TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany,
                 Dorrel Bryan  of Trial held 5/15/00  before Judge Donald M.
                 Middlebrooks; Court Reporter: Roger Watford; Volume #: 2
                 Pages: 305-520 re: [195-1] appeal, [194-1] appeal, [161-1]
                 appeal, [155-1] appeal . (gp) [Entry date 02/13/01]   *Vol. # 4*

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

| | | |
|---|---|---|
| 2/12/01 | 221 | TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany, Dorrel Bryan of Trial held 5/16/00 before Judge Donald M. Middlebrooks; Court Reporter: Roger Watford; Volume #: 3 Pages: 521-795 re: [195-1] appeal, [194-1] appeal, [161-1] appeal, [155-1] appeal . (gp) [Entry date 02/13/01] *Vol. #5* |
| 2/12/01 | 222 | TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany, Dorrel Bryan of Trial held 5/17/00 before Judge Donald M. Middlebrooks; Court Reporter: Roger Watford; Volume #: 4 Pages: 796-940 re: [195-1] appeal, [194-1] appeal, [161-1] appeal, [155-1] appeal . (gp) [Entry date 02/13/01] *Vol. #6* |
| 2/12/01 | 223 | TRANSCRIPT filed as to Christopher Gilbourne, Edward Dany, Dorrel Bryan of Sentencing Hearing held 10/26/00 before Judge Donald M. Middlebrooks; Court Reporter #: Roger Watford Pages: 1-19 re: [194-1] appeal . (gp) .[Entry date 02/13/01] *Vol. #8* |
| 2/12/01 | 224 | Appeal Information Sheet as to Dorrel Bryan re: [195-1] appeal; The following Transcripts are already on file: Sentencing held on 10/26/00, Trial held on 5/11/00, Trial held on 5/15/00, Trial held on 5/16/00, Trial held on 5/17/00 and Sentencing held on 10/26/00 (gp) [Entry date 02/13/01] [Edit date 02/13/01] *Vol. 2 Cont'd* |
| 2/12/01 | 225 | Appeal Information Sheet as to Edward Dany re: [194-1] appeal; The following Transcripts are already on file: Sentencing held on 10/26/00, Trial held on 5/11/00, Trial held on 5/15/00, Trial held on 5/16/00, Trial held on 5/17/00 and Sentencing held on 10/26/00 (gp) [Entry date 02/13/01] |
| 2/12/01 | 226 | Appeal Information Sheet as to Charles Llewlyn re: [169-1] appeal; The following Transcripts are already on file: Sentencing held on 10/26/00, Trial held on 5/11/00, Trial held on 5/15/00, Trial held on 5/16/00, Trial held on 5/17/00 and Sentencing held on 10/26/00 (gp) [Entry date 02/13/01] |
| 2/12/01 | 227 | MOTION by Christopher Gilbourne to proceed in forma pauperis on appeal, and to extend time File Appellant's Brief and Record excerpts (gp) [Entry date 02/16/01] |
| 2/15/01 | 228 | ORDER as to Christopher Gilbourne granting in part [227-1] motion to proceed in forma pauperis on appeal as to Christopher Gilbourne (3), denying [227-2] motion to extend time File Appellant's Brief and Record excerpts, this court does not have jurisdiction over the relief seeking an extension of time. As to Christopher Gilbourne (3) ( Signed by Judge Donald M. Middlebrooks on 2/15/01) CCAP [EOD Date: 2/26/01] CCAP❊ (gp) [Entry date 02/26/01] *End Vol. 2* |

# U.S.D.C. CASE #  <u>00-06022-CR</u>

# U.S.C.A. CASE #  <u>00-13377-F</u>

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

**CHRISTOPHER GILBOURNE**

*Edward Dany*

*Darrel Bryan*