| CJA 24 (REV. 7/95) | AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT | | VOUCHER NO. FLST2001770 |
|---|---|---|---|
| 1. JURISDICTION | 1 ☐ MAG. JUDGE  2 ☐ DISTRICT  3 ☒ APPEALS  4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. | PAID BY MKC - 2/16/01 |
| 3. DISTRICT DOCKETING NO. 00-06022crDMM | 4. APPEALS DOCKET NO. 00-13377 | 5. FOR (DISTRICT/CIRCUIT) | ACCTG. CLASS. NOS. |
| 6. IN THE CASE OF U.S.A. | vs. Edward Dany | | DATE PAID 2/16/01 |
| 7. PERSON REPRESENTED Edward Dany | 8. LOCATION/ORGANIZATION CODE | | |

FILED by ___ D.C. CT. REP.

MAR 22 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
Appeals

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

All court proceedings     AIS attached

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

SIGNATURE OF ATTORNEY: [signed]   DATE: 11/20/00
PRINTED NAME OF ATTORNEY: Steven H. Kassner   PHONE: 305-461-2774
1 ☐ FPD  2 ☐ CDO  3 ☒ PANEL ATTORNEY  4 ☐ RETAINED ATTORNEY  5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

SIGNATURE OF PRESIDING JUDICIAL OFFICER: [signed]
DATE: 12-4-00

| 13 SPECIAL AUTHORIZATIONS | | 14. JUDGE'S INITIALS |
|---|---|---|
| A. Apportion ___ % of transcript with | | 14. A. |
| B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript | | 14. B. |
| C. ☒ Prosecution Opening Statement  ☒ Prosecution Argument  ☒ Prosecution Rebuttal  ☒ Defense Opening Statement  ☒ Defense Argument  ☒ Voir Dire  ☐ Jury Instructions | | 14. C. X [signed] |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act. | | 14. D. |

CLAIM FOR SERVICES

15. COURT REPORTER/TRANSCRIBER STATUS
☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other

16. FULL NAME OF PAYEE: Roger Whtford

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE)
Rm. 619
301 N. Miami Ave.
Miami, Fl. 33128

19. TELEPHONE NO. AREA CODE (305) NUMBER 523-5548

| 20. TRANSCRIPT | INCLUDE PG NOS | NO OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-940; 1-19; 1-49 | 1,006 | $3.00 | $3,018 | $ | $3,018.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): | filed 2/12/01 DE#218-223 | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

CLAIMANT'S CERTIFICATION: [signed] R. Watford   DATE: 2-12-01

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

SIGNATURE OF ATTORNEY/CLERK OF COURT: [signed] Myrna McKinney   DATE: 2/13/01

23. TOTAL CLAIMED: $3,018.00

24. APPROVED FOR PAYMENT: [signed]   2/2/01

25. AMT. APPROVED: $ 3,018.00