03-60169

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

# United States District Court

| | District SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| Name of Movant Edward Dany | Prisoner No. 60203-004 | Case No. 00-6022-CR-HURLEY |
| Place of Confinement FCI - Loretto, Pennsylvania | | |

MAGISTRATE JUDGE SORRENTINO

Middlebrooks

UNITED STATES OF AMERICA     V.   EDWARD DANY

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack United States District Court for the Southern District of Florida, West Palm Beach Division.

2. Date of judgment of conviction May 17, 2000.

3. Length of sentence Seventy eight (78) months.

4. Nature of offense involved (all counts) Conspiracy to possess with intent to distribute cocaine and attempted possession with intent to distribute cocaine.

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court _____ United States Court of Appeals for the Eleventh Circuit. _____

(b) Result _____ Affirmed. _____

(c) Date of result _____ January 17, 2002. _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

(a)(1) Name of court _____ N/A _____

(2) Nature of proceeding _____ N/A _____

_____

(3) Grounds raised _____ N/A _____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐    N/A

(5) Result _____ N/A _____

(6) Date of result _____ N/A _____

(b) As to any second petition, application or motion give the same information:

(1) Name of court _____ N/A _____

(2) Nature of proceeding _____ N/A _____

_____

(3) Grounds raised _____ N/A _____

_____

_____

_____

_____

_____

(3)

AO 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☐    N/A

(5) Result _____ N/A

(6) Date of result _____ N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc.    Yes ☐ No ☐    N/A

(2) Second petition, etc.    Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: __Denial of effective assistance of trial counsel.__

Supporting FACTS (state *briefly* without citing cases or law) __Counsel failed to take the following steps that a reasonable attorney would have taken and it is reasonable probable that but for these errors, the outcome of Petitioner's case would have been different. See supporting memorandum detailing trial counsel's ineffectiveness.__

B. Ground two: __Denial of effective assistance of appellate counsel.__

Supporting FACTS (state *briefly* without citing cases or law): __Counsel failed to take the following steps that a reasonable attorney would have taken and it is reasonable probable that but for these errors, the outcome of Petitioner's case would have been different. See supporting memorandum detailing appellate counsel's ineffectiveness.__

C. Ground three: __The Petitioner is entitle to an evidentiary hearing to prove facts supporting his claims.__

Supporting FACTS (state *briefly* without citing cases or law): __See supporting memorandum detailing the reasons for an evidentiary hearing.__

D. Ground four: _Denial of effective assistance of counsel at sentencing._

Supporting FACTS (state *briefly* without citing cases or law): _Counsel failed to take the following steps that a reasonable attorney would have taken and it is reasonable probable that but for these errors, the outcome of Petitioner's sentence would have been different. See supporting memorandum of law detailing sentencing counsel's ineffectiveness._

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _All grounds listed above were not previously presented due to trial and appellate counsel's ineffectiveness. Additionally, all sentencing issues were not previously presented due to sentencing counsel's ineffectiveness._

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _Arthur E. Marchetta, Jr., Galleria Professional Building, 915 Middle River Drive, Suite 600, Fort Lauderdale, Florida 33304._

(b) At arraignment and plea _Same as above._

(c) At trial _Same as above._

(d) At sentencing _Stephen H. Kassner, 815 Ponce De Leon Blvd., Suite 303, Coral Gables, Florida 33134._

(e) On appeal ___David M. Tarlow, 801 Brickell Avenue, Suite 1901, Miami,  Florida.___

_____

(f) In any post-conviction proceeding _____N/A_____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____N/A_____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____N/A_____

_____

(b) Give date and length of the above sentence: _____N/A_____

_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.


_____xxxxxxxxxxxxxxx_____
Signature of Attorney (if any)


I declare under penalty of perjury that the foregoing is true and correct. Executed on

__1 - 31 - 03__
(date)

_____Edward Dany_____
Signature of Movant