UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
JAN 0 7 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO. 03-60169-Civ-MIDDLEBROOKS
(00-6022-Cr-MIDDLEBROOKS)
MAGISTRATE JUDGE P. A. WHITE

EDWARD DANY,             :

    Movant,          :

v.                       :     FINAL JUDGMENT

UNITED STATES OF AMERICA,:

    Respondent.      :
_____

**CLOSED CIVIL CASE**

    For the reasons stated in the Report of the Magistrate Judge and upon independent review of the file, it is

    ORDERED AND ADJUDGED as follows:

    1.  This motion to vacate is denied.

    2.  All pending motions not otherwise ruled upon are dismissed, as moot.

    3.  This case is closed.

    DONE AND ORDERED at West Palm Beach, Florida, this 7 day of Jan, 200 .

                                                                 UNITED STATES DISTRICT JUDGE

cc:  Edward Dany, <u>Pro Se</u>
     Roger H. Stefin, AUSA