Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE No. <u>00-6022-CR-MIDDLEBROOKS</u>

UNITED STATES OF AMERICA

     v.

Edward Dany
TN: Edouard Joe Dany



On <u>October 26, 2000,</u> the above named was placed on probation/supervised release for a period of <u>three (3)</u> years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

U. S. Probation Officer
Harold A. Scott
Phone: (954) 769-5522

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _8_ day of _Aug._, 2007.

United States District Judge